**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE 1 AND JANE DOE 2, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., K-KEL, INC., AND OXNARD HOSPITALITY SERVICES, LP,<br><br>Defendants. | Case No. EDCV09-1316 VAP (DTBx)<br><br>Class Action<br><br>**ORDER**<br>**ALLOWING PLAINTIFFS**<br>**TO FILE AN AMENDED COMPLAINT** |

Having considered the Stipulation to Allow Plaintiffs to File an Amended Complaint, the Court hereby GRANTS the relief requested and ORDERS the following:

1. Plaintiffs shall file their amended complaint identifying Plaintiffs by their legal names rather than as Jane Doe 1 and Jane Doe 2 on or before October 6, 2009;

2. Defendant K-Kel, Inc. shall provide information that the parties agree to exchange by October 1, 2009 so Plaintiffs can attempt to make an informed decision regarding the proposed severance;

3. Defendants shall file their response to the Amended Complaint within the time limits provided under Federal Rule of Civil Procedure 12;

4.   If Plaintiffs sever the claims of the Nevada subclass and re-file those claims in another jurisdiction, the date of filing of this action (July 13, 2009) shall remain the date of filing for statute of limitations purposes in the new action.

**IT IS SO ORDERED:**

Dated: October 07, 2009

The Honorable Virginia A. Phillips
United States District Judge

Presented by:

/s/ Hart L. Robinovitch
Hart L. Robinovitch
Attorneys for Plaintiffs
JANE DOE 1 and JANE DOE 1
AND ALL OTHERS SIMILARLY SITUATED