1  ZIMMERMAN REED P.L.L.P.
   HART L. ROBINOVITCH
2  Email: Hart.Robinovitch@zimmreed.com
   14646 N. Kierland Blvd., Suite 145
3  Scottsdale, AZ 85254
   (480) 348-6400
4  (480) 348-6415 Facsimile

5  RIDOUT & LYON, LLP
   CHRISTOPHER P. RIDOUT (State Bar No. 143931)
6  Email: c.ridout@ridoutlyonlaw.com
   DEVON M. LYON (State Bar No. 218293)
7  Email: d.lyon@ridoutlyonlaw.com
   555 E. Ocean Blvd., Ste. 500
8  Long Beach, California 90802
   (562) 216-7380
9  (562) 216-7385 Fax

10 (Additional counsel listed below)

11 **Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tracy Dawn Trauth, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., AND OXNARD HOSPITALITY SERVICES, LP.<br><br>Defendants. | Case No.: CV-09-1316 VAP (DTBx)<br><br>[Assigned for all purposes to the Honorable Virginia A. Phillips]<br><br>**STIPULATION TO FILE AMENDED COMPLAINT**<br><br>Date Action Filed: July 13, 2009<br>Trial Date: TBD |

STIPULATION TO FILE AN AMENDED COMPLAINT                                            1

WHEREAS, on October 6, 2009, Plaintiff filed an Amended Complaint;

WHEREAS, counsel for the parties have met and conferred on several occasions, including on October 14, 2009, about several matters pertaining to the Amended Complaint in an effort to avoid motion practice;

IT IS NOW HEREBY AGREED:

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2), all Parties now hereby stipulate and agree to allow the Plaintiff to file an Second Amended Complaint. Defendants shall file a response to the Second Amended Complaint within twenty (20) days of the filing of the Second Amended Complaint.

ZIMMERMAN REED, PLLP

Dated: October 21, 2009   By:   s/ Hart L. Robinovitch
                                Attorneys for Plaintiff
                                Tracy Dawn Trauth

LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP

Dated: October 21, 2009   By:   s/ with consent of Peter E. Garrell
                                Attorneys for Defendants
                                Spearmint Rhino Companies Worldwide, Inc.,
                                Spearmint Rhino Consulting Worldwide, Inc.,
                                and Oxnard Hospitality Services, LP