| | |
|---|---|
| 1 | ZIMMERMAN REED P.L.L.P. |
| 2 | HART L. ROBINOVITCH<br>Email: Hart.Robinovitch@zimmreed.com |
| 3 | 14646 N. Kierland Blvd., Suite 145<br>Scottsdale, AZ 85254 |
| 4 | (480) 348-6400<br>(480) 348-6415 Facsimile |
| 5 | RIDOUT & LYON, LLP |
| 6 | CHRISTOPHER P. RIDOUT (State Bar No. 143931)<br>Email: c.ridout@ridoutlyonlaw.com |
| 7 | DEVON M. LYON (State Bar No. 218293)<br>Email: d.lyon@ridoutlyonlaw.com |
| 8 | 555 E. Ocean Blvd., Ste. 500<br>Long Beach, California 90802 |
| 9 | (562) 216-7380<br>(562) 216-7385 Fax |
| 10 | (Additional counsel listed below) |
| 11 | **Attorney for Plaintiff** |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tracy Dawn Trauth, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., AND OXNARD HOSPITALITY SERVICES, LP.<br><br>Defendants. | Case No.: CV-09-1316 VAP (DTBx)<br><br>[Assigned for all purposes to the Honorable Virginia A. Phillips]<br><br>**STIPULATION TO FILE AMENDED COMPLAINT**<br><br>Date Action Filed: July 13, 2009<br>Trial Date: TBD |

STIPULATION TO FILE AN AMENDED COMPLAINT 1

1  WHEREAS, on October 6, 2009, Plaintiff filed an Amended Complaint;

2  WHEREAS, counsel for the parties have met and conferred on several
3  occasions, including on October 14, 2009, about several matters pertaining to the
4  Amended Complaint in an effort to avoid motion practice;

5  IT IS NOW HEREBY AGREED:

6  Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2), all Parties now
7  hereby stipulate and agree to allow the Plaintiff to file an Second Amended
8  Complaint. Defendants shall file a response to the Second Amended Complaint
9  within twenty (20) days of the filing of the Second Amended Complaint.

ZIMMERMAN REED, PLLP

Dated: October 21, 2009     By:   s/ Hart L. Robinovitch
                                  Attorneys for Plaintiff
                                  Tracy Dawn Trauth


LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

Dated: October 21, 2009     By:   s/ with consent of Peter E. Garrell
                                  Attorneys for Defendants
                                  Spearmint Rhino Companies Worldwide, Inc.,
                                  Spearmint Rhino Consulting Worldwide, Inc.,
                                  and Oxnard Hospitality Services, LP