1  Peter E. Garrell, Esq. (SBN: 155177)
       pgarrell@linerlaw.com
2  Kim Zeldin, Esq. (SBN: 135780)
       kzeldin@linerlaw.com
3  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
4  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
5  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501
6
   Attorneys for Defendants,
7  SPEARMINT RHINO COMPANIES
   WORLDWIDE, INC., SPEARMINT RHINO
8  CONSULTING WORLDWIDE, INC., and
   OXNARD HOSPITALITY SERVICES, INC.
9  (erroneously sued herein as Oxnard Hospitality
   Services, LP)
10

11                 UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  TRACY DAWN TRAUTH, individually, and on behalf of all others similarly situated, | Case No. EDCV09-1316 VAP (DTBx) |
| 15 | Honorable Virginia A. Phillips |
| 16         Plaintiffs, | **DECLARATION OF PETER E. GARRELL IN SUPPORT OF DEFENDANTS' EX PARTE REPLY FOR INTERIM ORDER STAYING ACTION UNTIL COURT HEARS AND RULES ON DEFENDANTS' MOTION FOR A STAY** |
| 17    vs. | |
| 18  SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., AND OXNARD HOSPITALITY SERVICES, INC., | |
| 19 | |
| 20 | |
| 21         Defendants. | Date Action Filed:  July 13, 2009<br>Trial Date:  TBA |

# DECLARATION OF PETER E. GARRELL

I, Peter E. Garrell, declare as follows:

1. I am a member in good standing of the Bar of the State of California, duly licensed to practice before all the courts of the State of California and the United States District Court for the Central District of California. I am a partner with the law firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP, attorneys for Defendants Spearmint Rhino Companies Worldwide, Inc. ("Companies"), Spearmint Rhino Consulting Worldwide, Inc. ("Consulting"), and Oxnard Hospitality Services, Inc. (erroneously sued herein as Oxnard Hospitality Services, LP) ("Oxnard Hospitality") (collectively "Defendants"). The facts set forth herein are of my own personal knowledge, except for those matters set forth on information and belief, and as to those matters I am informed and believe them to be true. I submit this declaration in support of Defendants' Ex Parte Reply Re: Interim Motion to Stay.

2. In the fall of 2009, I had a conversation with Plaintiff's counsel, Hart Robinovitch, about the parallel Los Angeles Superior Court action, entitled *Victoria Omlor v. City of Industry., et al.*, Case No. BC418020. During that conversation, Mr. Robinovitch referred to the *Omlor* Action as a "copy-cat" lawsuit of the present case. I replied that counsel for Plaintiffs in *Omlor*, Stephen Harris, would likely say the same thing about this action.

3. With respect to the settlement agreement executed in *Omlor*, until just days prior to obtaining the final signature, that settlement was never certain. It was the product of months of negotiation and compromise.

4. The final signature to the *Omlor* settlement was obtained on Friday, March 12, 2010. The following Monday, March 15, 2010, I telephoned Christopher Ridout, counsel for Plaintiff in this action, to inform him that we had executed a settlement in the *Omlor* class action, and that it would likely have preclusive effect upon this case. I provided this telephonic notice before serving any discovery

1    Case No. EDCV09-1316 VAP (DTBx)
DECLARATION OF PETER E. GARRELL IN SUPPORT OF DEFENDANTS' EX PARTE REPLY FOR INTERIM ORDER STAYING ACTION

0038613/051/ 459315v01

responses. I also told Mr. Ridout that the written discovery responses we were serving contained only objections because the *Omlor* action would likely moot the need to provide any substantive responses.

5. On the morning of March 22, 2010, Plaintiff's counsel gave notice that they would be appearing on an ex parte basis in Department 15 of the LASC to file a complaint in intervention in the *Omlor* Action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of March, 2010, at Los Angeles, California.

/s/ *Peter E. Garrell*
Peter E. Garrell