# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAWN TRAUTH, CHRISTEEN RIVERA, and JENNIFER BLAIR, individually, and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>vs.<br><br>SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., AND OXNARD HOSPITALITY SERVICES, LP,<br><br>Defendants. | Case No. EDCV09-1316 VAP (DTBx)<br><br>Honorable Virginia A. Phillips<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: PROTECTIVE ORDER**<br><br>Date Action Filed:  July 13, 2009 |

1  The Court, having considered the Stipulation Re: Protective Order attached
2 hereto as Exhibit "1" filed and executed by Plaintiffs and Defendants, and good
3 cause appearing therefore, hereby GRANTS and ENTERS a Protective Order
4 consistent with and incorporating the terms of the Stipulated Protective Order
5 executed by the parties.

6  IT IS SO ORDERED:

8 Dated: May 19, 2010

Hon. David T. Bristow
United States Magistrate Judge