Stephen M. Harris (State Bar No. 110626)
smh@kpclegal.com
K.L. Myles (State Bar No. 243272)
klm@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Robert L. Starr (State Bar No. 183052)
starresq@hotmail.com
Adam Rose (State Bar No. 210881)
starrlawadam@yahoo.com
THE LAW OFFICES OF ROBERT L. STARR
23277 Ventura Boulevard
Woodland Hills, California 91364-1002
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorneys for Plaintiffs
VICTORIA OMLOR, JASMINE WRIGHT,
ANICIA VINTIMILLA, MARSHA ELLINGTON,
SELENA DENISE PELAEZ, NICOLE GARCIA,
REAH NAVARRO and, TAMI SANCHEZ,
individually and on behalf of all others similarly
situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAWN TRAUTH, CHRISTEEN RIVERA, JENNIFER BLAIR, VICTORIA OMLOR, JASMINE WRIGHT, ANICIA VINTIMILLA, MARSHA ELLINGTON, SELENA DENISE PELAEZ, NICOLE GARCIA, REAH NAVARRO and, TAMI SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., THE OXNARD HOSPITALITY SERVICES, LP, CITY OF INDUSTRY HOSPITALITY VENTURE, INC., DOWNTOWN LA CLUB VENTURE, INC., FARMDALE HOSPITALITY | NO. EDCV09-1316 VAP (DTBx)<br>[CLASS ACTION]<br><br>Assigned for All Purposes to The Hon. Virginia A. Phillips - Courtroom 2<br><br>Date Action Filed:  July 13, 2009<br>Trial Date:  None<br><br>**DECLARATION OF ROBERT L. STARR SUPPORTING PRELIMINARY APPROVAL MOTION** |

-1-

KNAPP, PETERSEN & CLARKE

| | |
|---|---|
| 1 | SERVICES, INC., HIGH EXPECTATIONS HOSPITALITY, LLC, INLAND RESTAURANT VENTURE I, |
| 2 | INC., K-KEL, INC., KENTUCKY HOSPITALITY VENTURE, LLC, LCM, |
| 3 | LLC, MIDNIGHT SUN ENTERPRISES, INC., OLYMPIC AVENUE VENTURE, |
| 4 | INC., SANTA BARBARA HOSPITALITY SERVICES, INC., |
| 5 | SANTA MARIA RESTAURANT ENTERPRISES, INC. and WPB |
| 6 | HOSPITALITY, LLC, |
| 7 | Defendants. |

## DECLARATION OF ROBERT L. STARR

I, Robert L. Starr, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am the owner of THE LAW OFFICE OF ROBERT L. STARR, and counsel of record for Plaintiffs Victoria Omlor, Jasmine Wright, Anicia Vintimilla, Marsha Ellington, Selena Denise Pelaez, Nicole Garcia, Reah Navarro, and Tami Sanchez, individually and on behalf of all others similarly situated. The following facts are within my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. I am providing this declaration in order to further explain my background, and in order to support my request to be designated as co-counsel in this action.

3. Over the last six years, my office has acted as class counsel, and co-class counsel in several matters. Many of these matters involve very large classes, and many have settled for very significant amounts. An example of these matters, along with an explanation of my involvement in these matters, is as follows:

   a. Olson v. Volkswagen, 2007-cv-05334. This was an automotive defect class action lawsuit with a class size of over 170,000 vehicles. I was co-counsel in this matter. My staff and I worked almost exclusively with the plaintiff, I,

-2-

KNAPP, PETERSEN & CLARKE

along with co-counsel, drafted the complaint in this matter, I worked closely with the expert witnesses, I took the deposition of the defendant, I defended the deposition of my client, I interviewed witnesses, I participated in the drafting of the class certification motion, I participated in the drafting of the mediation brief, I attended the mediation, I played an integral role in formulating the settlement, I worked closely with our experts in order to analyze the benefits to the class, I participated in a subsequent mediation with an objecting class member in order to address the class member's concerns, I fielded a significant amount of calls that were received from class members who needed assistance with regard to the settlement, and I played an integral role in drafting the motions for preliminary and final approval. This case settled for an amount valued in excess of ten million dollars, and the court awarded two million dollars in attorney's fees.

   b. Marsikian v. Mercedes-Benz, 2008-cv-04876. This was an automotive defect class action lawsuit with a class size of over 110,000 vehicles. I was co-counsel in this matter. My staff and I worked almost exclusively with the plaintiff, I, along with co-counsel, drafted the complaints in this matter, I participated in drafting the opposition to a motion to dismiss, I worked closely with the expert witnesses, I flew to New Jersey with Mr. Harris and took the depositions of several persons produced by the defendant, I defended the depositions of my clients, I interviewed witnesses, I participated in the drafting of the class certification motion, I participated in the drafting of the mediation brief, I attended the mediation, I played an integral role in formulating the settlement, I worked closely with our experts in order to analyze the benefits to the class, I fielded a significant amount of the calls that were received from class members who needed assistance with regard to the settlement, and I played an integral role in drafting the motions for preliminary and final approval. This case settled for an amount valued in excess of ten million dollars, and the court awarded One and a half million dollars in attorney's fees. The court's ruling on the motion to dismiss has been cited in several subsequent

automotive defect cases.

      c.    Ramirez v. Arevalo Landscaping, Los Angeles Superior Court Case Number BC397109. This is a wage and hour class action. My office is the only law firm representing the plaintiffs in this matter. I drafted the complaint in this matter, I took the deposition of the defendant, I took the depositions of witnesses, I drafted the mediation brief, I negotiated the settlement of this matter, I participated in drafting the motion for preliminary approval, and I participated in drafting the notice to the class. Adam Rose, an attorney working at my office, handled the remaining tasks. A settlement has been reached, and the court has granted preliminary approval. The case is now pending final approval which is set to be heard in the near future. This was a relatively small case, with a low settlement amount, primarily due to the dire financial condition of the defendant and the size of the class. This matter settled for one hundred thousand dollars.

      d.    Trasovan v. Lawrence Rubenstein & Associates, Los Angeles Superior Court Case Number BC322960. I was co-counsel in this matter. This was a wage and hour case. This case was filed on October 13, 2004, and was the first class action lawsuit that I had ever been involved in. I worked almost exclusively with the plaintiff, I participated in drafting the complaint, I participated in settlement negotiations, I participated in the drafting of the motion for preliminary approval, and I participated in the drafting of the motion for final approval. This case settled for a gross settlement amount of $375,000.00, with attorney's fees of $125,000.00.

      e.    With regard to wage and hour class action lawsuits against adult cabarets, I have been co-counsel, along with Mr. Harris, in numerous matters, some of which have resolved, and some of which are still pending. With regard to the matters that have been resolved, I have always been appointed as class counsel, and the court has never determined that I was not competent to act as class counsel. With regard to these matters, I have worked very closely with the plaintiffs during the course of litigation and discovery, I have assisted in the preparation of discovery

-4-

KNAPP, PETERSEN & CLARKE

questions and responses, I have defended numerous plaintiff depositions, I have analyzed club financial records in order to evaluate various settlement offers, I have participated in the drafting of mediation briefs, I have attended several mediations, I have participated in settlement negotiations, I have participated in the drafting of motions for preliminary and final approval, I have fielded numerous calls from class members who were inquiring about the status of litigation, I have conducted witness interviews, I have analyzed the relevant case law and statutory law in order to develop these cases, and I have participated in virtually every aspect of litigation.

4. The above cases are referenced in order to provide examples of my involvement and experience in class action litigation. During the course of my career, I have been involved in dozens of class action lawsuits. At this time I am currently co-counsel in over 10 very significant cases which are currently pending, one of which is a wage and hour class action against the largest adult cabaret in the world. Additionally, I am currently co-counsel in a class action lawsuit against Harley Davidson which is being defended by DLA Piper, the largest law firm in the world. In the Harley Davidson case, I recently defended the plaintiffs' depositions, and I will soon be taking the deposition of Harley Davidson.

5. My firm is currently acting as class counsel in several wage and hour cases, without the assistance of co-counsel.

6. Although I have very competent co-counsel in this case, I am by no means a fixture in this litigation. From the inception of this case until the eventual end of this case, I have and will continue to participate very actively in this litigation.

7. If the court has further inquiry regarding my competency as class counsel, I am happy to provide further information regarding my background and the depth of my knowledge with regard to the issues in this case.

///
///
///

Executed on this 20th day of December, 2010, at Woodland Hills, California.

I declare under penalty of perjury that the foregoing is true and correct.

*Robert L. Starr*