# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAWN TRAUTH, CHRISTEEN RIVERA, JENNIFER BLAIR, VICTORIA OMLOR, JASMINE WRIGHT, ANICIA VINTIMILLA, MARSHA ELLINGTON, SELENA DENISE PELAEZ, NICOLE GARCIA, REAH NAVARRO, and, TAMI SANCHEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., THE OXNARD HOSPITALITY SERVICES, LP, CITY OF INDUSTRY HOSPITALITY VENTURE, INC., DOWNTOWN LA CLUB VENTURE, INC., FARMDALE HOSPITALITY SERVICES, INC., HIGH EXPECTATIONS HOSPITALITY, LLC, INLAND RESTAURANT VENTURE I, INC., K-KEL, INC., KENTUCKY HOSPITALITY VENTURE, LLC, LCM, LLC, MIDNIGHT SUN ENTERPRISES, INC., OLYMPIC AVENUE VENTURE, INC., RIALTO POCKETS, INC., ROUGE GENTLEMEN'S CLUB, INC., SANTA BARBARA HOSPITALITY SERVICES, INC., SANTA MARIA RESTAURANT ENTERPRISES, INC., and WPB HOSPITALITY, LLC<br><br>Defendants. | Case No. EDCV09-1316 VAP (DTBx)<br><br>Honorable Virginia A. Phillips<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF THIRD AMENDMENT TO SETTLEMENT AGREEMENT; APPROVAL OF AMENDED NOTICE AND ADDITIONAL NOTICES; AND APPROVAL OF PROPOSED CLASS ACTION SCHEDULING ORDER**<br><br>Date:         March 5, 2012<br>Time:        2:00 p.m.<br>Courtroom:  2<br><br>Date Action Filed: July 13, 2009<br>Trial Date:            TBD |

**ORDER**

Upon consideration of the Motion for Approval of Third Amendment to Settlement Agreement; Approval of Supplemental Notice; and Approval of Proposed Class Action Scheduling Order filed by Plaintiffs in this action, Tracy Dawn Trauth, Christeen Rivera, Jennifer Blair, Victoria Omlor, Jasmine Wright, Anicia Vintimilla, Marsha Ellington, Selena Denise Pelaez, Nicole Garcia, Reah Navarro, and, Tami Sanchez ("Named Plaintiffs"), on behalf of themselves and as Class Representatives, and upon consideration of the Third Amendment to Class Action Settlement and its exhibits ("Third Amendment"), and good cause appearing therefore, it is hereby ORDERED that the motion be GRANTED and that the Court makes the following ORDERS:

1. The Third Amendment to the Stipulation and Settlement Agreement, submitted as Exhibit "A" to the DECLARATION OF CALEB MARKER IN SUPPORT OF MOTION FOR APPROVAL OF THIRD AMENDMENT TO THE SETTLEMENT AGREEMENT (hereinafter "Third Amendment"), is preliminarily approved.

2. The "Amended Notice of Proposed Wage/Hour Class and Collective Action Settlement, Fairness Hearing and Claims Procedure" served and submitted as Exhibit "F" to Exhibit "A" of DECLARATION OF CALEB MARKER IN SUPPORT OF MOTION FOR APPROVAL OF THIRD AMENDMENT TO THE SETTLEMENT AGREEMENT (hereinafter "Amended Notice"), is approved by the Court.

3. In addition, the "Notice of Status of Settlement to All Non-Nevada Settlement Class Claimants" and "Notice of Correction" served and submitted as Exhibits "G" and "H" to Exhibit "A" of DECLARATION OF CALEB MARKER IN SUPPORT OF MOTION FOR APPROVAL OF THIRD AMENDMENT TO THE

ORDER GRANTING MOTION FOR APPROVAL OF THIRD AMENDMENT TO SETTLEMENT AGREEMENT, AMENDED NOTICE AND ADDITIONAL NOTICES AND CLASS ACTION SCHEDULING ORDER

1

SETTLEMENT AGREEMENT (hereinafter the "Additional Mailings"), are approved by the Court.

4.  The Settlement Administrator selected by the Parties and previously appointed by this Court shall mail the Amended Notice to all Nevada Settlement Class Members and the RUM Individuals; report to the Court and the Parties on the progress and completion of the notice process; and perform any other administrative act necessary to accomplish the provision of the Amended Notice to the Nevada Settlement Class Members. The procedures for updating mailing data and re-mailing undeliverable notice, as set forth in the Settlement Agreement and the First, Second and Third Amendments thereto, shall apply to the Amended Notice.

5.  The Settlement Administrator shall also mail the Additional Mailings to all Class Members who have previously submitted claim forms advising them of the status of the Settlement and the new Final Fairness Hearing date; report to the Court and the parties on the progress and completion of the notice process; and perform any other administrative act necessary to accomplish the provision of the Additional Mailings to Class Members.

6.  The cost of the services of the Settlement Administrator and the cost of mailing the Supplemental Notice and Additional Mailings shall be borne by Defendants and shall come out of the Gross Settlement Amount pursuant to the terms of the Third Amendment.

7.  The mailing of the Amended Notice and the Additional Mailings in compliance with this Order, along with the notices previously sent pursuant to the Stipulation and Settlement Agreement, is hereby found to be the best notice practicable under the circumstances, and constitutes due and sufficient notice to the Settlement Class of the proposed Settlement, in compliance with the requirements of Federal Rule of Civil Procedure 23 and due process.

\\\

ORDER GRANTING MOTION FOR APPROVAL OF THIRD AMENDMENT TO SETTLEMENT AGREEMENT,AMENDED NOTICE AND ADDITIONAL NOTICES AND CLASS ACTION SCHEDULING ORDER

2

8. The Court also schedules the related deadlines as set forth below:

| Event | Deadline | Proposed Date |
|---|---|---|
| *File Motion For Approval of Amendment and Supplemental Notice* | | *(January 31, 2012)* |
| *Hearing On Motion For Approval* | | *(March 5, 2012* |
| *[Approval] of Motion For Approval* | | *(March 5, 2012)* |
| Settlement Administrator to Post Supplemental Internet Notice | 15 Days After Supplemental Notice Approved | March 10, 2012 |
| Settlement Administrator to Mail Second Class Notice and Additional Notices | 15 Days After Supplemental Notice Approved | March 20, 2012 |
| Deadline To File Supplemental Motion For Attorneys Fees and Costs | 60 Days Prior to Final Fairness Hearing | April 5, 2012 |
| Deadline for Class Counsel to File Settlement Administrator Declaration Re: Mailing of Amended Class Notice and Additional Notices | 30 days prior to Final Fairness Hearing | May 5, 2012 |
| Deadline For Objectors To Withdraw Objections Or File Pleading In Support | 30 Days Prior To Final Fairness Hearing | May 5, 2012 |
| Deadline To File Motion For Final Approval | 28 Days Prior To Final Fairness Hearing | May 7, 2012 |
| Deadline to File Motion For Incentive Awards | 28 Days Prior to Final Fairness Hearing | May 7, 2012 |
| Deadline for submission of opt-out requests by Second Class Notice Recipients | 60 Days After Supplemental Notice to Class | May 19, 2012 |
| Deadline for objections by Second Class Notice Recipients | 60 Days After Supplemental Notice to Class | May 19, 2012 |
| Deadline For Submission Of Claims Forms by Second Class Notice Recipients | 60 Days After Supplemental Notice to Class | May 19, 2012 |
| Deadline to File Brief Responding to Objections by Second Class Notice Recipients | 5 days prior to Final Fairness Hearing | May 30, 2012 |
| Final Fairness Hearing | 90 Days After Supplemental Notice Approved | June 4, 2012 |

ORDER GRANTING MOTION FOR APPROVAL OF THIRD AMENDMENT TO SETTLEMENT AGREEMENT, AMENDED NOTICE AND ADDITIONAL NOTICES AND CLASS ACTION SCHEDULING ORDER

3

9. This Order shall not create or extend the deadline for the exercise of any rights under the Settlement Agreement and the First and Second Amendments thereto by any Class Member, except as to those Nevada Settlement Class Members and the RUM Individuals who are mailed the Amended Notice, and then only in accordance with the terms of this Order and the Amended Notice.

**IT IS SO ORDERED.**

Dated: _____           _____
                                          Honorable Virginia A. Phillips
                                          United States District Court Judge

ORDER GRANTING MOTION FOR APPROVAL OF THIRD AMENDMENT TO SETTLEMENT AGREEMENT,AMENDED NOTICE AND ADDITIONAL NOTICES AND CLASS ACTION SCHEDULING ORDER

4