RIDOUT & LYON, LLP
CHRISTOPHER P. RIDOUT (State Bar No. 143931)
Email: c.ridout@ridoutlyonlaw.com
CALEB LH MARKER (State Bar No. 269721)
Email: c.marker@ridoutlyonlaw.com
555 E. Ocean Blvd., Ste. 500
Long Beach, California 90802
(562) 216-7380
(562) 216-7385 Fax

(Additional counsel listed below)

**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAWN TRAUTH, CHRISTEEN RIVERA, JENNIFER BLAIR, VICTORIA OMLOR, JASMINE WRIGHT, ANICIA VINTIMILLA, MARSHA ELLINGTON, SELENA DENISE PELAEZ, NICOLE GARCIA, REAH NAVARRO, and, TAMI SANCHEZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., THE OXNARD HOSPITALITY SERVICES, LP, CITY OF INDUSTRY HOSPITALITY VENTURE, INC., DOWNTOWN LA CLUB VENTURE, INC., FARMDALE HOSPITALITY SERVICES, INC., HIGH EXPECTATIONS HOSPITALITY, LLC, INLAND RESTAURANT VENTURE I, INC., K-KEL, INC., KENTUCKY HOSPITALITY VENTURE, LLC, LCM, LLC, MIDNIGHT SUN ENTERPRISES, INC., OLYMPIC AVENUE VENTURE, INC., RIALTO POCKETS, INC., ROUGE GENTLEMEN'S CLUB, INC., SANTA BARBARA HOSPITALITY SERVICES, INC., SANTA MARIA RESTAURANT ENTERPRISES, INC., WPB HOSPITALITY, LLC, RIALTO POCKETS, INC. and ROUGE GENTLEMEN'S CLUB, INC.<br><br>    Defendants. | Case No. EDCV09-1316 VAP (DTBx)<br><br>Honorable Virginia A. Phillips<br><br>**DECLARATION OF CALEB MARKER IN SUPPORT OF MOTION FOR APPROVAL OF THIRD AMENDMENT TO THE SETTLEMENT AGREEMENT**<br><br>Date:           March 5, 2012<br>Time:          2:00 p.m.<br>Courtroom:   2<br><br>Date Action Filed:  July 13, 2009<br>Trial Date:        TBD |

I, Caleb LH Marker, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am one of the Class Counsel representing Plaintiffs and the Class in this matter. I am a member of Consumer Law Center, PLLC in Long Beach, California and of counsel to Ridout & Lyon, LLP in Long Beach, California. The following facts are within my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. This Declaration is submitted in support of the Court's consideration of the application of Plaintiffs' Motion for Approval of a Third Amendment to the Settlement Agreement.

3. After conducting significant additional investigation and confirmatory discovery, including conducting six depositions of key persons, including Spearmint Rhino Consulting's ("SR Consulting") CFO and systems analysts, Spearmint Rhino Las Vegas, Nevada Club ("SRLV") and Office Managers, and the individuals who designed and wrote the ClubTrax software, I was unable to identify the exact cause of the underreporting of Nevada class members and shift counts.

4. However, based upon the above specified investigation and confirmatory discovery it is now my informed belief that the Nevada underreporting was caused by an incorrect date parameter in the SQL database query performed by Gig Computer, Inc. Such an error, which could have been caused by one incorrect character in a lengthy computer code, would explain why some individuals, whose work at SRLV preceded the class period, were included in the initial notice mailing, as well as why much of the Nevada class members were excluded from the initial notice. See, generally, Deposition of Kyriacos Kalfas, at 61-62.

5. On December 19, 2011, I conducted the depositions of Sharon Rosen, the SRLV office manager, and Charles De La Paz, the SRLV's club manager, in Las Vegas, NV.

6. On January 5, 2012, I conducted the depositions of Dena Hernandez, SR Consulting CFO, and Juan Rivera, a systems analyst in SR Consulting's IT department, in Los Angeles, California.

7. On January 19, 2012, I conducted the depositions of Mark Garnica, the computer programmer who wrote ClubTrax and Kyriacos Kalfas, the owner of the software vendor in Las Vegas, Nevada.

8. Attached as Exhibit "A" are true copies of the Third Amendment to the Stipulation and Settlement Agreement dated September 17, 2010 and the exhibits attached thereto.

9. Attached as Exhibit "B" are true copies of the excerpts of the deposition of Sharon Rosen.

10. Attached as Exhibit "C" are true copies of the excerpts of the deposition of Charles De La Paz.

11. Attached as Exhibit "D" are true copies of the excerpts of the deposition of Juan Rivera.

12. Attached as Exhibit "E" are true copies of the excerpts of the deposition of Dena Hernandez.

13. Attached as Exhibit "F" are true copies of the excerpts of the deposition of Kyriacos Kalfas.

14. Attached as Exhibit "G" are true copies of the excerpts of the deposition of Mark Garnica.

15. Attached as Exhibit "H" is a true copy of the "Joint Motion For Approval Of Class Notice To Third Supplemental Group, Schedule For Mailing Of Notice, And Right Of Third Supplemental Group Members To Request Exclusion From Class" dated June 25, 2010 (Doc. 433), which I retrieved from the U.S. District Court for the Southern District of California's CM/ECF system on January 6, 2012.

16. Attached as Exhibit "I" is a true copy of the "Order Granting Joint Motion For Approval Of Class Notice To Third Supplemental Group, Schedule For Mailing Of Notice, And Right Of Third Supplemental Group Members To Request Exclusion From Class" dated July 1, 2010 (Doc. 438), which I retrieved from the U.S. District Court for the Southern District of California's CM/ECF system on January 6, 2012.

17. After conducting these depositions, Plaintiffs and Class Counsel are now satisfied that the spreadsheets provided to the Settlement Administrator include all class members and account for all dance shifts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of January, 2012, at Long Beach, California.

By: /s/ Caleb Marker
Caleb Marker

Additional Counsel for Plaintiffs:

Hart L. Robinovitch, AZ Bar No. 020910
ZIMMERMAN REED P.L.L.P.
14646 N. Kierland Blvd., Suite 145
Scottsdale, Arizona 85254
(480) 348-6400
(480) 348-6415 Facsimile
(Admitted Pro Hac Vice)

Stephen M. Harris, CA Bar No. 110626)
KNAPP, PETERSEN & CLARKE
550 North Brand Blvd., Suite 1500
Glendale, CA 91203-1922
(818) 547-5000
(818) 547-5329 Facsimile

Robert L. Starr, CA Bar No. 183052
LAW OFFICES OF ROBERT L. STARR
23277 Ventura Blvd.
Woodland Hills, CA 91364-1002
(818) 225-9040
(818) 225-9042 Facsimile