# EXHIBIT C

```
1                 UNITED STATES DISTRICT COURT
2              FOR THE CENTRAL DISTRICT OF CALIFORNIA
3
4
    TRACY DAWN TRAUTH, CHRISTEEN  )
5   RIVERA, JENNIFER BLAIR,       )
    VICTORIA OMLOR, JASMINE        )
6   WRIGHT, ANICIA VINTIMILLA,     )
    MARSHA ELLINGTON, SELENA       )
7   DENISE PELAEZ, NICOLE GARCIA, )
    REAH NAVARRO, and TAMI         )
8   SANCHEZ, individually, and on )
    behalf of all others          )
9   similarly situated,           )
                                   )
10                Plaintiffs,      )
                                   )
11            vs.                  )  Case No.
                                   )  EDCV09-1316VAP
12  SPEARMINT RHINO COMPANIES      )  (DTBx)
    WORLDWIDE, INC., SPEARMINT     )
13  RHINO CONSULTING WORLDWIDE,    )
    INC., THE OXNARD HOSPITALITY   )
14  SERVICES, LP, CITY OF INDUSTRY)
    HOSPITALITY VENTURE, INC.,     )
15  DOWNTOWN LA CLUB VENTURE,      )
    INC., FARMDALE HOSPITALITY     )
16  SERVICES, INC., HIGH           )
    EXPECTATIONS HOSPITALITY, LLC,)
17  INLAND RESTAURANT VENTURE I,   )
    INC., K-KEL, INC., KENTUCKY    )
18  HOSPITALITY VENTURE, LLC, LCM,)
    LLC, MIDNIGHT SUN ENTERPRISES,)
19  INC., OLYMPIC AVENUE VENTURE,  )
    INC., RIALTO POCKETS, INC.,    )
20  ROUGE GENTLEMEN'S CLUB, INC., )
21              DEPOSITION OF CHARLES DE LA PAZ
22            Taken on Monday, December 19, 2011
23    **Contains Attorneys Eyes Only Portion Bound Separate**
24  At 3763 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada
25  Reported by:  Katherine M. Silva, CCR #203
```

1     Q.   Okay.  You understand that you are

2  supposed to tell the truth?

3     A.   Yes.

4     Q.   Okay.  What is your occupation?

5     A.   I'm manager at Spearmint Rhino in

6  Las Vegas.

7     Q.   Okay.  The manager or general manager?

8     A.   Just manager, club manager.

9     Q.   Okay.  Who is your superior?

10     A.   Kekou Rosehill, that's -- and James

11  Johnson.

12     Q.   What are their titles?

13     A.   Director of operations for Kekou and

14  general manager for James.

15     Q.   Do you know the corporate name for the

16  Spearmint Rhino Las Vegas?

17     A.   Yes.

18     Q.   Can you state that?

19     A.   Yes, it's K Kel, Inc.

20     Q.   Okay.  And where is the club in

21  Las Vegas located?

22     A.   3340 South Highland Drive.

23     Q.   Okay.  In Las Vegas, Nevada?

24     A.   Las Vegas, Nevada 89109.

25     Q.   Okay.  If I refer to nightclub or the

1    A.   Liquor order, scheduling other

2   bartenders, new product placement and assisting

3   the bar manager with anything that he needed.

4    Q.   Okay.  And your duties --

5    A.   It was the same as bartender on top of

6   that were those responsibilities.

7    Q.   Okay.  But your responsibilities didn't

8   extend beyond the bar area?

9    A.   No.

10    Q.   Okay.  What did you do after assistant

11   bar manager?

12    A.   Manager.

13    Q.   Okay.  And when did you become manager?

14    A.   About four years ago now.

15    Q.   Okay.  So sometime in 2007?

16    A.   Yes.

17    Q.   Okay.  The relevant period of time for

18   the questions I'm going to be asking today goes

19   back to July of 2006, July 13, 2006.

20         So it's my understanding that you

21   became manager in 2007 and then for the latter

22   half of 2006 you would have been assistant bar

23   manager, that's correct?

24    A.   That's correct.

25    Q.   Okay.  What did you do before you

1    the first time you worked in the adult nightclub

2    industry?

3        A.   Yes.

4        Q.   Okay.  Have you worked any other adult

5    nightclubs besides Spearmint Rhino?

6        A.   No.

7        Q.   What is your educational background?

8        A.   High school graduate.

9        Q.   Where did you go to high school?

10       A.   John F. Kennedy High School in Fremont.

11       Q.   Okay.  California?

12       A.   Yes.  And then Aloney Community

13   College.

14       Q.   Okay.

15       A.   And then Heald College.

16       Q.   Can you spell that?

17       A.   H-e-a-l-d.

18       Q.   Where is that?

19       A.   In Hayward, California.

20       Q.   Okay.  What was your major?

21       A.   It was computer science at Heald

22   College.

23       Q.   Okay.  So prior to working at Spearmint

24   Rhino your educational background and employment

25   history kind of focused in the --

1     A.    Yes.

2     Q.    -- computer and information technology?

3     A.    Yes.

4     Q.    Okay.  Can you sort of give me a

5 general background into the hire process of

6 Spearmint Rhino?

7     A.    For dancers?

8     Q.    Yes, from exotic dancers and when I say

9 hiring, allowing a woman to perform there?

10     A.    Okay.  When they walk in through the

11 door, we ask if they have their business license.

12 If they do, then we require them to get their

13 SCOPE background.

14     Q.    What is that?

15     A.    Basically it's a background check that

16 Metro does, Las Vegas Metro.

17     Q.    Okay.

18     A.    And then we give them a Sheriff's card

19 application.

20          MR. GARRELL:  And just for clarity you

21 are talking about the current procedures?

22          THE WITNESS:  Yes, the current

23 procedures.

24     Q.    (BY MR. MARKER)  Okay.  All right.  And

25 then who do they obtain the business license

1    from?

2         A.    The business license they obtain from

3    the state.

4         Q.    Okay.   State of Nevada?

5         A.    Yes.

6         Q.    And the SCOPE background is a criminal

7    background check of sorts?

8         A.    Yes.

9         Q.    By Sheriff's cards are you referring to

10   the local licensure procedure for exotic dancers

11   in Clark County?

12        A.    No, it's a work card required by Clark

13   County in order to work.

14        Q.    Okay.   And every exotic dancer has to

15   have a Sheriff's card, correct?

16        A.    To my knowledge everyone who works in

17   Las Vegas needs to have a Sheriff's card.

18        Q.    Regardless of occupation?

19        A.    Yes.

20        Q.    Okay.   And you provide the application

21   for those?

22        A.    Yes.

23        Q.    If they are approved for a Sheriff's

24   card by the Las Vegas Metropolitan Police

25   Department --

1      Q.    Okay.   Okay.   So assuming they have a

2  satisfactory background check and obtained a

3  Sheriff's card and business license, what are

4  your procedures for hiring an exotic dancer at

5  that point?

6      A.    At that point we have them get dressed

7  in a two piece bikini.

8      Q.    Okay.

9      A.    And if they look good enough, then we

10 hire them.  We tell them, okay, we'll contract

11 you to work and then we start the new hire

12 procedure.

13     Q.    Can you go through that for me, the new

14 hire procedure?

15     A.    Yeah, there's a packet that they fill

16 out explaining the Clark County rules for exotic

17 dance.

18     Q.    Okay.

19     A.    We take down their normal demographics;

20 their address, their name, Sheriff's card number,

21 birth date, driver's license number and then we

22 enter into Club Trax.

23     Q.    Okay.  And they are good to work?

24     A.    Hum?

25     Q.    And they are allowed to work at that

1    point?

2         A.    No, after that we would give them an

3    orientation explaining the rules, again making

4    sure they understood what they read.

5         Q.    Okay.

6         A.    You know, where certain things are in

7    the club and then once they are done with that

8    and we are okay with them understanding the

9    orientation, that's when they go back and pay

10   their house fee.

11        Q.    And then they are allowed to work?

12        A.    Yes.

13        Q.    Okay.  So it's kind of a four-step

14   process, let me confirm.  First they have to

15   comply with all the local rules and licenses in

16   terms of obtaining a business license, a

17   Sheriff's card and completing a criminal

18   background check.  The second step is an

19   appearance audition of sorts.  The third step is

20   completing all the necessary paperwork at the

21   club level and the fourth step is orientation?

22        A.    Yes.

23        Q.    Okay.  Can you list every document

24   contained in the new packet?

25        A.    Without having it in front of me --

1      Q.    Just to the best of your knowledge?

2      A.    There's a checklist.

3      Q.    Okay.  You can just list them and we'll

4  go through the documents in a minute.

5      A.    Okay.  There's a document that they

6  fill out that we turn in to the Las Vegas

7  Metropolitan Police Department, it's a change of

8  employment verification.

9      Q.    Okay.

10      A.    There are the actual Clark County rules

11  for lap dance.

12      Q.    Okay.  Is there an actual application?

13      A.    There's I believe an application for

14  lease of space.

15      Q.    Okay.  Is there a contract?

16      A.    Yes, that's part of the -- that's part

17  of the new-hire packet and then there is a copy

18  of their Sheriff's card -- well, we take a copy

19  of their Sheriff's card and driver's license as

20  well as put a copy of their business license in

21  the packet or in that file.

22      Q.    Anything else to your knowledge?

23      A.    No, I believe that's pretty much most

24  of it.

25      Q.    Is an exotic dancer required to have a

Page 22

1   card to work at the Spearmint Rhino Las Vegas

2   versus any other establishment?

3       A.   Yes.

4       Q.   Okay.  Do you receive any sort of

5   verification that that has been granted?  I mean

6   do you receive any documents from the Sheriff's

7   department or do the dancers receive any

8   documents indicating that she's been approved to

9   work at the Spearmint Rhino?

10      A.   No, not to my knowledge, no.

11      Q.   Okay.  Do you verify that the

12  individual Sheriff's card is active or -- or is

13  active once you make copies of it?

14      A.   That it hasn't been -- I don't

15  understand the question.

16      Q.   To make sure it hasn't been revoked or

17  expired?

18      A.   Oh, absolutely, yes.

19      Q.   How do you do that?

20      A.   There's an expiration date on the card.

21      Q.   And earlier you mentioned the Sheriff's

22  card is good for five years to your belief?

23      A.   Yes.

24      Q.   If you have a situation where a woman

25  starts working at your club and she works for six

1   years, at some point during that period of time

2   the card would expire.  Are you aware of that

3   situation or how you track it?

4        A.   Yes, once it expires in Club Trax, once

5   that date expires, it automatically puts the

6   dancer inactive which would stop her from

7   clocking in.

8        Q.   And Club Trax is some sort of computer

9   software you use at the club?

10       A.   Yes.

11       Q.   Okay.  This new-hire packet once it's

12  completed where does it go in terms of being

13  physically stored?

14       A.   Once it's completed it goes to Sharon,

15  Sharon Rosen's in box for filing.

16       Q.   Do you have any understanding as to

17  where or what Ms. Rosen does with that

18  information?

19       A.   I have a general idea of what she does

20  with it.

21       Q.   Could you go through that for me?

22       A.   Yes.  She goes through, makes sure that

23  the packet is complete.

24       Q.   Okay.

25       A.   If it is complete, it gets filed.

1   use the software yourself?

2        A.   Yes, occasionally.

3        Q.   Okay.  Who has access to the software?

4             MR. GARRELL:  When you say access to

5   the software to --

6        Q.   (BY MR. MARKER)  Does the software

7   require a log in or user name or password?

8        A.   Yes.

9        Q.   Who would be issued log ins or user

10  names or passwords for the software?

11       A.   Managers, hosts and the front-door

12  cashier.

13       Q.   The front-door cashier is an individual

14  who collects entrance fees?

15       A.   Yes.

16       Q.   What is a host?

17       A.   Host is in charge of interacting with

18  customers and dancers.

19       Q.   What does that mean, interacting?

20       A.   Greeting, matching customers with

21  particular dancers.

22       Q.   Okay.  Matchmaker of sorts?

23       A.   Help, helping customers when they come

24  in.  It's a little overwhelming when they come

25  in.

1      Q.    What does the host use Club Trax

2   software for?

3      A.    To locate a dancer if she's working or

4   not.

5      Q.    Oh, okay.  So if someone wanted to know

6   if dancer X is working they could verify that

7   with the software?

8      A.    Yes.

9      Q.    Okay.  And does the front-door cashier

10  collect stage fees?

11     A.    No.

12     Q.    House fees or whatever you want to call

13  them?

14     A.    No.

15     Q.    Why do they have access to the

16  software?

17     A.    It is also used to keep track of cab

18  pay outs.

19     Q.    Okay.  Dollar amounts paid to taxi

20  drivers?

21     A.    Yes.

22     Q.    Okay.  To your knowledge do different

23  individuals have different levels of access to

24  Club Trax?

25     A.    Yes.

1    Q.   So a front-door cashier they could

2  access information regarding cab pay outs but

3  could they locate a dancer?

4    A.   No.

5    Q.   Okay.  And a host could locate a dancer

6  but could they access information regarding how

7  much money was paid out to a cab driver?

8    A.   No.

9    Q.   Okay.  Are there different levels of

10 access among managers?

11   A.   No, we have the same.

12   Q.   Okay.  Does anyone else such as

13 Ms. Rosen or an owner of the club have access to

14 Club Trax?

15   A.   Yes.

16   Q.   Okay.  Ms. Rosen has access?

17   A.   Yes, I believe so.

18   Q.   And the owner or owners have access?

19   A.   Yes.

20   Q.   As director of operations, you referred

21 to earlier, does he have access?

22   A.   Yes.

23   Q.   Anybody else?

24   A.   I mentioned the general manager, right?

25   Q.   Yep.

1       A.    Yeah.   And, yeah, that's it.   Well,

2  obviously their help desk also has access to it

3  for support.

4       Q.    By their, are you referring to Club

5  Trax?

6       A.    I'm referring to Club Trax, yes.

7       Q.    To your understanding can Club Trax

8  remotely access the Club Trax software running at

9  the Spearmint Rhino Las Vegas and by remote

10  access I mean are they able to connect to the

11  actual software running in your location from

12  their offices off site?

13       A.    Yes.

14       Q.    Okay.   They can see screens, access

15  data, those sorts of things?

16       A.    Yes.

17       Q.    You mentioned that, you know, from time

18  to time you input information into Club Trax.   Do

19  you have an understanding as to whether or not

20  that data is stored on site or stored off site?

21       A.    It's stored on site.

22       Q.    Okay.   There's a server of some sort

23  that is at the Spearmint Rhino Las Vegas?

24       A.    Yes.

25       Q.    Is that server backed up?

1      A.    Yes.

2      Q.    Is it backed up by Club Trax or by

3   Spearmint Rhino?

4      A.    By Spearmint Rhino locally.

5      Q.    Where are those backups maintained?

6      A.    On a hard drive next to the server.

7      Q.    Any other copies?

8      A.    No.

9      Q.    Where is the server within the club?

10     A.    In the conference room in a rack.

11     Q.    By rack you mean a computer rack?

12     A.    An enclosure, a rack enclosure.

13     Q.    In terms of the user interface that a

14   manager, host or front-door cashier might use, is

15   Club Trax operated with a keyboard or touch

16   screen or how does it work?

17     A.    Both.

18     Q.    Okay.  Have you ever seen Aloha or

19   other point of sale programs used by other clubs

20   or restaurants?

21     A.    Yes.

22     Q.    Does it look similar to that?

23     A.    The general usage, yes.

24     Q.    In addition to cab pay outs and

25   locating dancers what other functions does Club

1     Trax have?

2          A.    Locating a dancer within the club.

3          Q.    How does that work?

4          A.    Terminals in certain rooms so if a

5     dancer is say in the champagne room and is

6     checked in, her location would be denoted in Club

7     Trax.

8          Q.    Does a dancer herself check in or does

9     the individual working at the champagne room

10    check her in?

11         A.    There's a host at a podium that checks

12    her in at --  in that particular room so --

13         Q.    How does the host know who is who other

14    than memory, is the dancer issued a bar code or

15    fob?

16         A.    No, there's a picture that's taken and

17    there's a digital picture in Club Trax.

18         Q.    Are the dancers issued an I.D. number

19    of some sort?

20         A.    The I.D. number in Club Trax matches

21    the Sheriff's card number.

22         Q.    Okay.  So if the dancer was entering

23    the champagne room and the host was standing at

24    the door and he didn't know who that dancer was,

25    what would be the process for checking her in?

1    A.    She would give him her stage name.

2    Q.    Okay.  Do you allow for duplicate stage

3  names at your club?

4    A.    Yes.

5    Q.    All right.  So if someone told you or

6  if a dancer told the host her stage name was

7  Mercedes and there's ten Mercedes, he would just

8  go through each one and look for the right

9  picture?

10    A.    Well, for the most part it's that one

11  dancer for that shift.

12    Q.    Okay.

13    A.    So the other Mercedes would be working

14  on a different shift.

15    Q.    So you only allow one stage name per

16  shift?

17    A.    Yes.

18    Q.    All right.  In addition to cab pay

19  outs, locating a dancer and locating a dancer

20  within the club, what other functions does Club

21  Trax have?

22    A.    Keeping track of the time that they've

23  been logged in.

24    Q.    What else?

25    A.    Notes in regards to what we spoke of

Page 37

1    pay a stage fee to work every shift, is that

2    correct?

3        A.   Yes.

4        Q.   Can you explain that process of how a

5    dancer would tender payment for that stage fee?

6        A.   Cash from the back door.

7        Q.   All dancers enter through the back door

8    of the club?

9        A.   Yes.

10       Q.   And upon entering the back door what is

11   the process for charging and collecting that fee?

12      A.   They have their Sheriff's card in hand,

13   they log them into Club Trax.

14      Q.   Okay.

15      A.   And then they pay their stage fee.

16      Q.   And that function is completed by the

17   back-door host?

18      A.   Yes.

19      Q.   Is there always a back-door host

20   present at the back door?

21      A.   Yes.

22      Q.   And the Spearmint Rhino Las Vegas, I'm

23   sorry, it's open 24 hours a day?

24      A.   Yes.

25      Q.   365 days a year?

1      A.   It's the same 90 percent of the time

2  with the exception to holidays.   For instance,

3  Easter would be a lower house fee for, you know,

4  the incentive that dancers come in and work on

5  slower days.

6      Q.   Okay.  But if let's say dancer A worked

7  at the Spearmint Rhino nightclub for one year,

8  every time she entered through the back door

9  excluding holidays does she pay the same amount

10 of money?

11     A.   Yes.

12     Q.   So it's --

13     A.   It's the same.

14     Q.   Regardless of the time of day?

15     A.   Yes.

16     Q.   So the dancer knows what the stage fee

17 is before she enters the back door?

18     A.   Yes.

19     Q.   Before she gets there?

20          Okay.  So the back-door host upon

21 seeing the dancer approach the back door or enter

22 the back door would look at her Sheriff's card

23 and locate her record on Club Trax, correct?

24     A.   Yes.

25     Q.   And at that point in the computer

Page 40

1       system would charge a stage fee, correct?

2           A.    Yes.

3           Q.    And then he would indicate that he

4       received payment of the same amount, correct?

5           A.    Yes.

6           Q.    Okay.   And then at that point the

7       dancer is logged in?

8           A.    Yes.

9           Q.    Are they logged out and if so how?

10          A.    They check out as they -- same way as

11      they check in with the Sheriff's card in hand.

12          Q.    Through the back door?

13          A.    Through the back door.

14          Q.    By the back-door host?

15          A.    By the back-door host.

16          Q.    Never through the front door?

17          A.    No, never.

18          Q.    Okay.   The back-door host upon a dancer

19      leaving just simply locates her record again,

20      enters the record and indicates that she left?

21          A.    Yes.

22          Q.    Anything else?

23          A.    No, that's it.

24          Q.    Okay.   Have you ever had an incident

25      where a dancer has tried to enter through the

1    front door to perform?

2        A.   If she does, she's sent to the back

3    door.

4        Q.   Okay.  So even if she comes in the

5    front door --

6        A.   If she was new, I guess I could see

7    that happening.

8            MR. GARRELL:  But just so you

9    understand the question, have you ever

10   experienced that?

11           THE WITNESS:  No.

12       Q.   (BY MR. MARKER)  It never happened

13   during your tenure?

14       A.   No.

15       Q.   Do you have a shift length and by that

16   I mean, you know, if a dancer performs for more

17   than let's say six hours or eight hours or

18   whatever the length may be, do they have to pay

19   an additional stage fee to work or not?

20           MR. GARRELL:  Just object, I think we

21   are starting to exceed the scope of the

22   deposition but the witness can respond.

23       Q.   (BY MR. MARKER)  It goes to the

24   accuracy of the shift numbers.

25       A.   Could you rephrase -- not rephrase,

1    could you repeat the question?

2         Q.    Sure.

3              I guess what I'm going for is you

4    mentioned when the dancer comes in she checks in

5    and when she leaves she checks out?

6         A.    Yes.

7         Q.    And if they are there for an extended

8    period of time, are they charged more than one

9    stage fee?  Is it considered more than one shift

10   or is it always one shift regardless of the

11   length of time?

12        A.    There is a stay-over fee that is

13   charged from the day shift going into the night

14   shift but that's rare.

15        Q.    How does that work?

16        A.    Well, if the girl is good enough to

17   work or if she's allow to work night shifts she

18   pays a stay-over fee if she wants to stay over on

19   the night shift.

20             MR. GARRELL:  If she wants to stay over

21   on the day shift?

22             THE WITNESS:  No.

23        Q.    (BY MR. MARKER)  From the day shift to

24   the --

25        A.    From the afternoon shift to the night

1   o'clock and make sure there are no longer any

2   afternoon dancers there?

3        A.   Yes.

4        Q.   Okay.  And if there are and they are

5   approved to work night shift they have the option

6   of continuing to work but with paying the extra

7   fee?

8        A.   Yes.

9        Q.   Okay.  And that occurs on Club Trax as

10  well?  Is the stay-over fee, is that processed

11  through Club Trax?

12       A.   No.

13       Q.   How is that processed?

14       A.   They go to the back door and they pay

15  their stay-over fee which is located in -- which

16  they do through Aloha.

17       Q.   Okay.  So if a dancer starts working

18  the afternoon shift at 3:00 p.m. and at 9:00 p.m.

19  someone comes and says, you know, you got -- you

20  are approved for the night shift but you have to

21  pay the stay-over fee, she goes to the back door,

22  pays the stay-over fee into Aloha and continues

23  to work until midnight, there would be only one

24  log in and log out of Club Trax?

25       A.   Yes.

1   how often they work?

2       A.   It shows date of hire.

3       Q.   Okay.  And it shows last log in you

4   said, right?

5       A.   Not on the info page but on the

6   left-hand side where their stage name is it would

7   show last log in date as one of the fields.

8       Q.   On the left-hand side would be the

9   search results we discussed earlier?

10      A.   Yes.

11      Q.   Okay.  If you wanted to know how many

12  times a particular dancer had performed at your

13  club and by times I mean shifts, could you

14  determine that by using Club Trax?

15      A.   Yes.

16      Q.   How would you do that?

17      A.   By -- there's one -- there's a tab

18  within the dancer's entry in Club Trax where the

19  button says -- I believe it's fee history that

20  would generate a report of how many times she

21  checked in.

22      Q.   And is the fee history button option

23  off of the info tab?

24      A.   I think so.

25      Q.   Okay.  And that would -- fee history

1    Kyriacos, what did you ask for?

2        A.   List of dancers from the -- I'm not

3    sure of the date.  I asked him for a list of

4    dancers in Club Trax in Excel format.

5        Q.   Did you tell him you wanted --

6             So you provided a time limitation to

7    him, correct?

8        A.   A scope, a range, a date range, yes.

9        Q.   Okay.  And do you recall what year that

10   date range started?

11       A.   No.

12       Q.   Okay.  Who provided you with that date

13   range?

14       A.   Peter.

15       Q.   Okay.  So within this given time frame

16   you told him you wanted a list of every single

17   dancer who had worked ever during that period of

18   time?

19       A.   Yes.

20       Q.   Okay.  And it's your understanding that

21   Kyriacos created that list to your

22   specifications?

23       A.   Yes.

24       Q.   Okay.

25       A.   From the database.

1     Q.   Okay.  Well, regardless during your

2  tenure as manager to the best of your knowledge

3  for the period six months before you were manager

4  going back to July 13, 2006, any dancer who

5  worked or performed at the Spearmint Rhino

6  Nightclub in Las Vegas had to be in the Club Trax

7  software in order to work, correct?

8     A.   Yes.

9     Q.   Okay.  It is not possible to perform as

10  an exotic dancer at the Spearmint Rhino Nightclub

11  without being in Club Trax?

12     A.   That's correct.

13     Q.   Okay.  And even during the hiring

14  process the only -- there's the appearance

15  audition but they are not permitted to go on --

16          Are dancers permitted to go on the

17  floor and perform on the stage without being in

18  Club Trax?

19     A.   No.

20     Q.   Okay.  To the best of your knowledge

21  since July 13th, 2006, every time a dancer has

22  performed at the Spearmint Rhino Nightclub in

23  Las Vegas, they have been checked into Club Trax,

24  correct?

25     A.   Yes.

1   pocket cash and not ring up a drink or something

2   like that?

3        A.   Okay.  Now I'm familiar with it.

4        Q.   Okay.  You are aware that that's a

5   problem at some places, correct?

6        A.   Yes.

7        Q.   My question is how do you prevent that

8   situation at the back door?  How do you make sure

9   that the back-door host doesn't just pocket the

10  house fee and not ring up the dancer as she

11  enters the establishment?

12       A.   The numbers have to match.  The amount

13  of girls that are in Club Trax have to match the

14  amount of money that he's ringing into Aloha.  So

15  if a girl --

16       Q.   I'm saying -- let's say a dancer walks

17  in and the house fee at that particular time is a

18  hundred dollars and she says, you know, my name

19  is Jane Doe, here's a hundred dollars.

20       A.   Okay.

21       Q.   How do you make sure that he doesn't

22  just take the hundred dollars and put it in his

23  pocket and say okay, go in but not actually check

24  her into Club Trax?

25       A.   She has to be in Club Trax in order to

1   work.

2        Q.   Why is that?

3        A.   Because she has to go on stage for one.

4   If she checks into a room and she's not in Club

5   Trax, why isn't she in Club Trax.

6        Q.   Okay.

7        A.   When she asks if she's okay to leave

8   and we check how much time she's done and she's

9   not in Club Trax, it comes up.  There's too many

10  checks and balances within Club Trax.

11            We use Club Trax in every room that

12  they go into besides the floor.  So if she goes

13  into a room and she's not in there, there's going

14  to be the question why isn't she in Club Trax.

15       Q.   How many dancers work at a particular

16  time on average?

17       A.   Which particular time?

18       Q.   An average shift.  If there's no such

19  average number on an average Friday night how

20  many dancers might be working?

21       A.   Somewhere between 200 to 300 depending

22  on the time of year.

23       Q.   That's a lot.

24            All right.  Is there a security camera

25  at the back door?

1          A.    Yes.

2          Q.    Are those tapes reviewed periodically?

3          A.    Yes.

4          Q.    Okay.  So the back-door host would also

5    have the added knowledge that any time there's

6    activity it's recorded by camera?

7          A.    Yes.

8          Q.    So as you discussed there's a number of

9    checks and balances internally?

10         A.    Yes.

11         Q.    As well as security features to provide

12   a strong deterrent to a back-door host from not

13   logging that particular dancer in?

14         A.    Yes.

15         Q.    To your knowledge is there any other

16   way a dancer couldn't work a particular shift

17   without being checked into Club Trax?

18         A.    No.

19         Q.    Okay.  So if Club Trax says this

20   particular person worked a hundred shifts, it's

21   your opinion that that number is extremely

22   accurate?

23         A.    Yes.

24         Q.    Were you involved at all in updating

25   that spreadsheet that Kyriacos e-mailed to you in

1   stay-over fee.

2      Q.   Could you determine the number of house

3   fees paid on a particular day --

4      A.   Yeah.

5      Q.   -- using Aloha?

6      A.   On a particular day, yes.

7      Q.   Okay.  Could you determine the number

8   of stay-over fees paid during a particular month

9   or range of time?

10     A.   I don't know.  I haven't accessed --

11  I'm sure you can.  There's a reporting function

12  in Aloha but I haven't.

13     Q.   Okay.

14          MR. GARRELL:  Just for clarity on that,

15  could you determine a dancer's -- what

16  information you have on the dancer, stage name or

17  real name?

18          THE WITNESS:  In Aloha?

19          MR. GARRELL:  Yes.

20          THE WITNESS:  None.  It's a generic

21  fee, it's an amount.

22     Q.   (BY MR. MARKER)  So it would be someone

23  paying cash for a beer?

24     A.   Yes.

25     Q.   Okay.  Has the Spearmint Rhino in

Page 92

1    Las Vegas been using Aloha since July 2006 to the

2    best of your knowledge?

3         A.   Yes.

4         Q.   Okay.  So there might be a way in the

5    reporting function in Aloha to determine how many

6    stay-over fees have been recorded during that

7    period?

8         A.   There might be a way.

9         Q.   How much is a stay-over fee?

10        A.   Fifty -- $50.

11        Q.   Has that amount been the same since

12   July 2006?

13        A.   Yes.

14        Q.   Okay.  So if Aloha was able to tell us

15   that a hundred thousand dollars has been paid in

16   stay-over fees since July 2006 we could divide

17   that number by 50 and that would be the number of

18   stay overs total?

19        A.   I believe so, yeah.

20        Q.   Okay.

21        A.   Actually, you know, I was mistaken, I

22   believe it's 35.  I think, yeah, I got it mixed

23   up with another house fee.

24        Q.   For the stay-over fees?

25        A.   Yes.