# EXHIBIT D

Page 1

1                UNITED STATES DISTRICT COURT

2          FOR THE CENTRAL DISTRICT OF CALIFORNIA

3
     ------------------------------x
4    TRACY DAWN TRAUTH, CHRISTEEN  )
     RIVERA, JENNIFER BLAIR,       )
5    VICTORIA OMLOR, JASMINE       )
     WRIGHT, ANICIA VINTIMILLA,    )
6    MARSHA ELLINGTON, SELENA      )
     DENISE PELAEZ, NICOLE GARCIA, )
7    REAH NAVARRO, and, TAMI       )
     SANCHEZ, individually, and on )
8    behalf of all others similarly )
     situated,                     )
9                                  )
                    Plaintiffs,    )
10                                 )
                 v.                )No. EDCV09-1316
11                                 )   VAP(DTBx)
     SPEARMINT RHINO COMPANIES     )
12   WORLDWIDE, INC., SPEARMINT    )
     RHINO CONSULTING WORLDWIDE,   )
13   INC., etc., et al.,           )
                                   )
14                  Defendants.    )
     ------------------------------x
15

16

17             DEPOSITION OF JUAN RIVERA

18               Los Angeles, California

19             Thursday, January 5, 2012

20

21

22

23   Reported By:

24   SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25   JOB NO. 45127

1   JUAN RIVERA,

2       called as a witness, having been duly sworn by

3       the court reporter, was examined and testified

4       as follows:

5

6   EXAMINATION

7   BY MR. MARKER:

8       Q    Can you please state your full name for the

9   record.

10      A    Juan Rivera.

11      Q    Can you spell that.

12      A    J-u-a-n R-i-v-e-r-a.

13      Q    And what's your business address?

14      A    It is 1875 Tandem Way in Norco, California.

15      Q    Okay.  And what's the name of your

16  employer?

17      A    Spearmint Rhino Consulting.

18      Q    Okay.  And what's your job title?

19      A    System Analyst.

20      Q    Which department is that in?

21      A    In the IT department.

22      Q    Who heads the IT department?

23      A    Scott Hale.

24      Q    Okay.  How long have you worked as a system

25  analyst at Spearmint Rhino Consulting?

1      Q      Okay.  And so you -- Diedrich Coffee used

2   Radiant as well?

3      A      Yes.

4      Q      And Aloha as well.  I'm sorry.

5              So you have been working with the Aloha

6   system, point-of-sale system since 1997.

7      A      Correct.

8      Q      You are pretty familiar with it.

9      A      Yes.

10     Q      Okay.  And Brenda Parker was an independent

11  consultant?

12     A      Yes.

13     Q      Okay.  And she trained you on how the

14  software worked?

15     A      Correct.

16     Q      Would you consider yourself to be an expert

17  on the Aloha system?

18     A      Yes.

19     Q      And has Spearmint Rhino, either, both

20  Companies and Consulting, employed the Aloha system

21  since December 2003?

22     A      Yes.

23     Q      Okay.  Have all of the nightclubs for which

24  Spearmint Rhino Consulting and/or Companies provide

25  consulting services to used the Aloha system since

1      Q     BY MR. MARKER:  Each of those locations

2   employ the Aloha system, correct?

3      A     Yes.

4      MR. GARRELL:  Just for clarity, you said when

5   you were talking about the clubs or the nightclubs,

6   you were referring to all of them, were you

7   including Las Vegas in that?

8      MR. MARKER:  No, no.

9      Q     When I refer to nightclubs I'll be

10  referring to the clubs you provide the same level of

11  services to and my understanding is that includes

12  all the nightclubs except for K-Kel, Incorporated.

13     A     Correct.

14     Q     Can you just walk us through how the Aloha

15  system works generally, what types of functions it

16  provides at the retail setting and what kind of data

17  is generated from that.

18     MR. GARRELL:  Object as over broad.

19          The witness may respond.

20     Q     BY MR. MARKER:  If you could just walk us

21  through, you know, can you -- Dorothy is paid, you

22  know, buy drinks, checking dancers, just kind of

23  walk us through how it works.

24     A     Basically anything that's inputted into the

25  system either from the front door or at a bar or

1       Q     Okay.  And then settle up.

2       A     Correct.

3       MR. HARRIS:  Settle up what she owes the club?

4       THE WITNESS:  Yes.

5       MR. MARKER:  Financially settle up.

6       Q     So when a dancer checks in or clocks in the

7   process of the front door person or whoever else

8   performs that function clocking her in, does that

9   create a record in the database?

10      A     Yes.

11      Q     And the process for clocking out at the end

12   of the night, does that also create a record in the

13   database?

14      A     Correct.

15      Q     Is a manager capable of deleting a clock-in

16   or a clock-out before 7:00 a.m.?

17      MR. GARRELL:  I will object to the extent that

18   the term "deleting" is vague but if the witness

19   understands.

20      Q     BY MR. MARKER:  You said the manager had

21   the ability to manipulate some of the data in the

22   databases before it got finalized and transferred to

23   Radiant.

24      A     Correct.

25      Q     Is that clock-in or clock-out entry in the

1    correct?

2         A     No.

3         Q     No.

4         A     You said Nevada.  Not Nevada.

5         Q     Excluding Nevada.

6         A     Yes.  Then yes.

7         Q     Okay.  Okay.

8              And every shift every dancer works is

9    recorded in Aloha or every time a dancer appears to

10   perform at a club that's recorded in the database,

11   correct?

12        A     Correct.

13        Q     Every time a dancer clocks out or leaves

14   the club that's recorded as well, correct?

15        A     When she leaves, yes.

16        Q     What if a dancer wants to work at Torrance

17   if she has already worked at Oxnard?  Are two

18   records created or one record?

19        A     Two.  One for each location.

20        Q     Okay.  So a dancer is assigned a unique

21   I.D. for each club that she works at.

22        A     Correct.  Because there's not a master

23   database that we use, each one is independent from

24   each other.

25        Q     Each Aloha system is independent on a per-

Page 33

1       Q     If Florida WPB, had 1,038 dancers and

2   59,651 shifts the size of that spreadsheet received

3   from Radiant would simply be 59,651, correct?

4       MR. GARRELL:   I'm sorry.

5       THE WITNESS:   You are losing me there.

6       Q     BY MR. MARKER:   For instance, if Florida,

7   the summary there shows that there's 1,038 dancers

8   and 59,000 shifts, let's simplify it.

9       A     Okay.

10      Q     The data you received back from Radiant

11  would simply be 59,000 rows, right, the number of

12  the shifts?

13      A     Yes.

14      Q     And that would account for any dancers

15  anyway.

16      A     Uh-huh.

17      Q     All right.

18      MR. GARRELL:   Yes.

19      THE WITNESS:   Yes.

20      Q     BY MR. MARKER:   Okay.   So I think Excel is

21  limited to like 64,000 rows or something.   Okay.

22      A     65, yeah.

23      Q     There you go.

24            So you received back 16 individual files

25  from Radiant, correct?

1       A    Correct.

2       Q    And each file would correspond to --

3       MR. GARRELL:  Was it 16 or 15, do you recall how

4    many?

5       THE WITNESS:  I'm not exactly sure.  I think it

6    was 16.

7       MR. GARRELL:  Was it one for each club?

8       THE WITNESS:  One for each location.

9       Q    BY MR. MARKER:  Not including Nevada,

10   correct?

11      A    Not including Nevada.

12      Q    Okay.  And you received these in a CSV file

13   so you then converted that into Excel format,

14   correct?

15      A    Yes.

16      Q    And then what did you do after that?

17      A    I actually kept it in the CSV file using

18   Excel to edit.

19      Q    Okay.

20           Then what did you do?

21      A    Then what I did was after having each

22   location I went back and edited out the dates that

23   we -- that we needed for each location.

24      Q    Okay.  So you would have sorted the check-

25   in column or the log-in column and --

1    databases based on the dancer I.D., correct?

2         A    Yes.

3         Q    And that then the result of which was a

4    dancer database that also had an additional column

5    relating to the total number of shifts, correct?

6         A    Say that again?

7         Q    Basically you took the dancer database --

8         A    Yes.

9         Q    -- from the actual clubs and added a column

10   representing the total number of shifts performed

11   during the relevant time period, correct?

12        A    Yes.

13        Q    And this was in Access.

14        A    Yes.

15        Q    Then what did you do?

16        A    And then once that report was completed I

17   ran them back and ran separate audits using the

18   files at the local club --

19        Q    Okay.

20        A    -- to go back and double check on certain

21   just random dancers.

22        Q    Okay.  Can you explain that a little bit

23   more?

24        A    Went into the local -- for example here, a

25   dancer had 21 --

Page 40

1       Q     Don't use names.

2       A     I'm not using names.

3             The dancer had 21 shifts.  I would go back

4    and look up using that unique I.D. number and match

5    it at the local club, run a labor report.

6       Q     And did you actually drive to the clubs or

7    did you do this remotely?

8       A     Remotely from the office.

9       Q     Okay.  So there is a built in function into

10   the Aloha system that you could pull up Dancer 5959,

11   Jane Doe, and it would pull up a record and show you

12   the total number of times she clocked in?

13      A     No.  There is at the local will you be.

14      Q     Is that how you did it?

15      A     Yes.  Once you know what her unique I.D.

16   number was, what I used that and filtered it.

17      Q     Did you run into problems?

18      A     No.

19      Q     Everything matched up perfectly?

20      A     Correct.

21      Q     Does that function in Aloha let you limit

22   it by date?

23      A     Yes.

24      Q     Okay.  And so you would have -- if you were

25   looking at a club in California you would use a

Page 45

1    are the number of shifts contained in these

2    spreadsheets correct based on the data contained in

3    the database?

4         MR. McKIM:  Objection; vague and ambiguous.

5         Q    BY MR. MARKER:  Do these spreadsheets

6    accurately reflect the total number of clock-ins in

7    the database?

8         A    It appears so from the spreadsheets, yes.

9         Q    And based on your auditing, correct?

10        A    Yes.

11        Q    And so if a dancer worked and performed and

12   clocked in, the only way that it wouldn't be on this

13   spreadsheet is if a manager modified it or deleted

14   that record, correct?

15        A    Correct.

16        Q    Which would have sent an alert to you.

17        A    Yes.

18        Q    Okay.  And the only other possibility that

19   a dancer could have performed but not had a

20   corresponding record in the Aloha database would be

21   that she was never checked in on the computer,

22   correct?

23        A    Correct.

24        Q    The process that we discussed in terms of

25   creating these spreadsheets, were they generally the

1      Q      Okay.

2      A      And they weren't limited to any of the

3   lists of a hundred or anything like that.  I did a

4   couple, a few hundred here and there so that gets

5   the smaller one.

6      Q      Aside from the shift counts, how can you be

7   certain that these lists contain a list of every

8   dancer who worked at a particular club during the

9   relevant time period?

10     A      It is just the data that was available to

11  me.

12     Q      And are you confident that the query Aloha

13  ran matched?

14     A      Yes.

15     MR. HARRIS:  Matched what?

16     Q   BY MR. MARKER:   The spreadsheets.

17     A      Yes.

18     Q      And --

19     A      I would say it would go back and verify

20  that information, so yes.

21     Q      Okay.  Let me back through this real quick.

22            If a dancer worked prior to the beginning

23  of the class period, a day prior to the relevant

24  time period or has continued to work after

25  preliminary approval on April 4th, 2011, the number

Page 52

1    of shifts in that -- that they danced total would be

2    different than the number contained on the

3    spreadsheet, correct?

4         A    Yes.

5         Q    So if the -- and when you searched, and

6    when you go to verify these records with the labor

7    detail reports you used the --

8         A    Same time period that was in the class.

9         MR. McKIM:   Objection as to "labor detail

10   reports," vague and ambiguous.

11        Q    BY MR. MARKER:   You previously defined

12   labor detail reports as reports generated by law,

13   correct?

14        A    Yes.

15        Q    If a dancer worked before the class period

16   started or continued to work after April 4th, 2011,

17   the number of shifts they worked total would be

18   different than the number obtained in the

19   spreadsheet, correct?

20        A    If they performed, yes.

21        Q    And so if the initial data query from

22   Radiant back in April 2011 or May 2011 was incorrect

23   the shift totals contained here would not match the

24   labor detail report, correct?

25        A    Yes.

Page 53

1    MR. MARKER:  Okay.  Do you guys see what I'm

2  saying?

3    MR. GARRELL:  No.

4    MR. MARKER:  Okay.

5    Q    So let's say --

6    MR. GARRELL:  I thought I did but --

7    Q    BY MR. MARKER:  All right.  Let's say this

8  is the Boise spreadsheet.  I believe it previously

9  has been marked as Exhibit No. 2 from this morning's

10  deposition.  Let's say for Row No. 71 is a dancer

11  who has worked 728 shifts, correct?

12    A    Which number again?

13    Q    71.

14    MR. HARRIS:  Row 71.

15    THE WITNESS:  Yes.

16    Q    BY MR. MARKER:  Now the class period in

17  Boise goes from May 3rd, 2006, through April 4th,

18  2011, so we're looking at a little less than five

19  years.  1,600 days, something like that.

20         So if that person on Row 71 had started

21  working in 2004 the total number of shifts that she

22  has performed at that location could really be 900,

23  correct?

24    MR. GARRELL:  I'm sorry.  If she continued to

25  work since April 2004?

1     Q     BY MR. MARKER:  No, if she worked before

2  the class period started in 2006.

3     A     There would have been additional

4  performance as prior to the May of '06, yes.

5     Q     And if she has continued to work at the

6  Boise location since April 2011 there would also be

7  additional shifts, correct?

8     A     Correct.

9     Q     So if you pulled Dancer No. -- the dancer

10 that's contained in Row 71 of that spreadsheet, if

11 you pulled her general labor detail report it would

12 contain a number that -- and she worked before and

13 after the class period -- it would have a number of

14 shifts that's higher than that number represented on

15 the spreadsheet, correct?

16    A     Yes.

17    Q     And so the labor detail reports you have

18 run to verify the data have been limited to the

19 actual class period, correct?

20    A     Yes.

21    Q     And all of the tabulations from the labor

22 detail reports have matched the numbers contained in

23 these spreadsheets, correct?

24    A     Yes.

25    Q     Exactly?

```
1     A    Yes.

2     Q    Okay.  So how many of these did you run

3  over the summer, July?

4     A    What do you mean run?  Run what?

5     Q    These labor detail reports.

6     A    Multiple.

7     Q    Okay.

8     A    Yeah.

9     Q    And none of them were?

10    A    No.

11    Q    Is it your belief if somehow the SQL query

12 had been incorrect one of these numbers would not

13 match?

14    A    Correct.

15    Q    Okay.  And they all match perfectly?

16    A    Yes.

17    Q    Okay.  So it is an additional level of

18 assurance that we have that these spreadsheets

19 encompass but are limited to the correct class

20 periods.

21    A    Yes.

22    Q    For each location.

23    A    Correct.

24    Q    Okay.

25         So these weren't spreadsheets that were
```

1    created in August, these are initial spreadsheets

2    that were created back in April or May and your

3    involvement since then has been to audit and verify

4    the accuracy of these spreadsheets, correct?

5         A    Yes.

6         Q    And it is your opinion that these

7    spreadsheets are accurate?

8         A    Yes.

9         Q    They were accurate back in April or May as

10   well?

11        A    Correct.

12        Q    You didn't add or delete any records from

13   these spreadsheets, correct?

14        A    No.

15        Q    Okay.  So as far as every Spearmint Rhino

16   nightclub other than Nevada the data that you

17   submitted to Ms. Vercher in April, or May, was

18   accurate?

19        A    Yes.

20        Q    And it included every single -- every

21   single dancer or class member who has performed at a

22   Spearmint Rhino nightclub other than Nevada and that

23   it correctly included the total number of shifts

24   performed at every Spearmint Rhino nightclub other

25   than Nevada during the relevant time periods?