# EXHIBIT E

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3
     -------------------------------x
 4   TRACY DAWN TRAUTH, CHRISTEEN    )
     RIVERA, JENNIFER BLAIR,         )
 5   VICTORIA OMLOR, JASMINE         )
     WRIGHT, ANICIA VINTIMILLA,      )
 6   MARSHA ELLINGTON, SELENA        )
     DENISE PELAEZ, NICOLE GARCIA,   )
 7   REAH NAVARRO, and, TAMI         )
     SANCHEZ, individually, and on   )
 8   behalf of all others similarly  )
     situated,                       )
 9                                   )
                    Plaintiffs,      )
10                                   )
              v.                     )No. EDCV09-1316
11                                   )   VAP(DTBx)
     SPEARMINT RHINO COMPANIES       )
12   WORLDWIDE, INC., SPEARMINT      )
     RHINO CONSULTING WORLDWIDE,     )
13   INC., etc., et al.,             )
                                     )
14                  Defendants.      )
     -------------------------------x
15

16

17

18           DEPOSITION OF DENA HERNANDEZ, MBA

19                 Los Angeles, California

20               Thursday, January 5, 2012

21

22

23  Reported By:

24  SUSAN A. SULLIVAN, CSR #3522, RPR, CRR

25  JOB NO. 45127
```

```
 1      A     CFO.
 2      Q     That stands for Chief Financial Officer?
 3      A     Correct.
 4      Q     And have you been the chief financial
 5   officer for the entire time from starting in May
 6   2011 through the present?
 7      A     Correct.  Yes.
 8      Q     Do you hold any other titles with Spearmint
 9   Rhino Consulting?
10      A     No.
11      Q     You are not an officer of the corporation?
12      A     No.
13      Q     Where did you work before Spearmint Rhino
14   Consulting?
15      A     Spearmint Rhino Companies Worldwide.
16      Q     Okay.  And from which dates did you work
17   there?
18      A     August 2004 up until May.  I'm sorry, I
19   need to correct that.  It was 2010.
20      Q     Okay.
21      A     May of 2010, not '11.
22      Q     What was the last title you -- off the
23   record.
24            (Discussion off record)
25   ///
```

1  address, possibly Social. Other than that, I
2  don't -- I think that's pretty much it.
3      Q    By address you mean street address, city,
4  state and zip code?
5      A    Correct.
6      Q    And there's only room for one address on
7  the lease agreement?
8      A    As far as I recall, yes.
9      Q    Does it record their telephone number,
10  E-mail address?
11      A    I don't know. I don't remember.
12      Q    These files are, to your knowledge these
13  files consist of the initial performance document
14  that an exotic dancer would have to execute in order
15  to perform in an individual nightclub?
16      A    As far as I know, yes.
17      Q    And then that information is then
18  transferred from the individual club level to the
19  Norco office?
20      A    Just the file is, yes.
21      Q    Okay. How often does that occur?
22      A    Once a month.
23          (Witness and counsel conferring)
24      THE WITNESS: I-9s, back in September 2009 we
25  implemented the modified I-9 for the entertainers

1  which we include in Laserfiche, it is not stored
2  anywhere.  It is not stored, filed in the warehouse.
3  We actually scan them in into our Laserfiche system.
4      Q    BY MR. MARKER:  Okay.  And the lease
5  agreements --
6      A    January 2010, I'm sorry.  We implemented
7  September 2009.  It actually went full force January
8  2010.
9      Q    Does that mean it started in a few clubs
10 and worked its way out?
11     A    No, we did it U.S.-wide except Vegas.
12     Q    What do you mean by you started in
13 September and then finished in January?
14     A    Started creating a modified I-9 which we
15 had to create a couple times, it was confusing, to a
16 couple of the managers and then we had a GM meeting
17 in January 2010 where we walked through the process
18 of accumulating all the I-9s for each of the
19 entertainers.
20     Q    Okay.  And an I-9 is an immigration-related
21 form, is that your understanding?
22     A    Yes.
23     Q    Verifying legal status?
24     A    Correct.
25     Q    What is a modified I-9?  How did you modify

1  it?
2      A    We took off the federal notice on the
3  bottom.  Just all the information that relates, has
4  the IRS, the form number, we just took the portion
5  which has their address information and then the ABC
6  column.
7      Q    Okay.
8      A    And signature for the general manager to
9  sign.
10     Q    And the ABC column consists of a series of
11 permissible --
12     A    Documents, correct.
13     Q    Do you -- with that modified I-9 do you
14 capture or keep copies of the identification
15 associated with that I-9?
16     A    No.
17     Q    So is it my understanding when that I-9 or
18 modified I-9 is executed at the club level the
19 manager or whoever the responsible person is would
20 review the appropriate government identification and
21 verify their view on the modified I-9?
22     A    They would what, I'm sorry?
23     Q    Could you walk me through the process of
24 how those I-9s were executed at the club level or
25 completed?

1    Q    The spreadsheets, can you walk me through
2  what you did with those?
3    A    Yes.  Once I received them I -- we went
4  through, I had six, all six of my payroll staff
5  update the right side.  Not update but on the right
6  site go through the I-9s that were in Laserfiche.
7  If any information was different from what was on
8  the left side I had them fill in on the right side
9  anything that may have been different by location.
10   Q    When did you receive the spreadsheet?
11   A    August 2011.  Sorry.
12   Q    Okay.  And who sent that spreadsheet to
13 you?
14   A    Peter.
15   Q    And how long did this process take?
16   A    A month and a week.
17   Q    So this was completed in October or
18 September?
19   A    End of September, first of August.
20   Q    And this staff, were they working on this
21 pretty much full time?
22   A    Yes.
23   Q    And was there -- the review was limited to
24 the new modified I-9s?
25   A    For this.  For that portion of it.  So once

1   we received, once we've completed, reviewed all the
2   I-9s, if there were -- then we went and actually
3   pulled the dancer files since we wouldn't have if,
4   you know, somebody worked in 2008, we wouldn't have
5   them modified so we would pull the dancer file.
6       Q   What did you do with the dancer files?
7       A   We would compare the address located in
8   there to what was on the spreadsheet and if it was
9   different we would add that on the right side.
10      Q   Okay.  And was this task part of the five
11  weeks you referred to earlier?
12      A   Yes.
13      Q   So the spreadsheets, it is your
14  understanding that data came from the Aloha system?
15      A   Yes.
16      Q   So you checked three independent sources to
17  make sure that you had all the information; is that
18  correct?
19      A   Correct.
20      Q   First the Aloha system?
21      A   I didn't check the Aloha.
22      Q   The data came from the Aloha system.
23      A   Correct.
24      Q   And then you reviewed that in connection
25  with the I-9 and if the information was the same you

1   would have moved on?
2       A    Correct.
3       Q    If it was different you would have
4   supplemented that data into the spreadsheet?
5       A    Correct.
6       Q    Then you checked the actual paper dancer
7   files for each person on that spreadsheet; is that
8   correct?
9       A    For the ones that did not have an I-9.
10      Q    Okay.
11      MR. HARRIS:  So by you, you are meaning her and
12  her staff, right?
13      MR. MARKER:  Sorry.
14      Q    Your department.
15      A    Yes.
16      Q    And if any information -- okay.  So for
17  each individual row or each individual dancer you
18  would have checked two sources, either the modified
19  I-9 or the paper file; is that correct?
20      A    Correct.
21      Q    And if any information was different you
22  would have added that to the file?
23      A    To the file or to the spreadsheet?
24      Q    To the spreadsheet.
25      A    Yes.

1    Q    Okay.
2         Do you have an estimate as to the
3    percentage of non-Las Vegas dances for which you
4    have modified I-9s?
5    A    No.
6    Q    Do you collect modified I-9s for Las Vegas
7    dancers?
8    A    No.
9    Q    Do you have an estimate for the percentage
10   of the dancers outside of Las Vegas for which you
11   either have a modified I-9 or a paper file?
12   A    I didn't count them, no.
13   Q    Do you have an estimate?
14   A    How many --
15   Q    50 percent, 75 percent?
16   A    That they had modified?
17   Q    Or paper file, either or.
18   A    Wait.  Explain.  I don't understand the
19   question.
20   Q    I want to know for which percentage of the
21   non-Las Vegas dancers, those in California, Kentucky
22   Idaho, Florida and Texas, that you have, A, a
23   modified I-9 or, B, a paper file.
24   A    99, 98 percent.
25   Q    Okay.  And then while they are going

1    A    I sent them back to Peter.
2    Q    That process took five weeks?
3    A    Yes.
4    Q    By six people working full time?
5    A    Yes.
6    Q    Okay.  Approximately how much new
7  information or how many new addresses did you find
8  in terms of percentage, do you know?
9    A    No.
10        MR. MARKER:  Go off the record for a second.
11             (Discussion off record)
12  BY MR. MARKER:
13    Q    I'm handing you one of the spreadsheets Mr.
14  Garrell is maintaining.  Can you tell me what this
15  spreadsheet represents?
16    A    The number of active entertainers in Aloha
17  for the class period.
18    Q    For a particular club?
19    A    Yes.
20    Q    Which club is that?
21    A    This would be the L.A. location.
22        MR. GARRELL:  To your knowledge is it active
23  dances or all dancers for the class period.
24        THE WITNESS:  All dancers for the class period.
25    Q    BY MR. MARKER:  Okay.  And by LA Club, do

1       Q    So you and your staff checked approximately
2   12,202 sources for information, whether it is a
3   modified I-9 or a paper file; is that correct?
4       A    Correct.
5       Q    Okay.  That took approximately five weeks?
6       A    Yes.
7       Q    Okay.  And you engaged in a random audit,
8   so to speak?
9       A    Yes.
10      MR. MARKER:  Go off the record for a minute.
11           (Discussion off record)
12      MR. MARKER:  That's all I have.
13      MR. COHON:  Just a couple questions.
14           Be aware when a lawyer says I've got a
15  couple questions, that's what he is trying to tell
16  you.
17      MR. HARRIS:  Famous last words.
18
19  EXAMINATION
20  BY MR. COHON:
21      Q    You have looked at a series of spreadsheets
22  today, correct?
23      A    Correct.
24      Q    And you have reviewed a series of columns
25  of information on the left half of the spreadsheet