# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAWN TRAUTH, CHRISTEEN RIVERA, JENNIFER BLAIR, VICTORIA OMLOR, JASMINE WRIGHT, ANICA VINTIMILLA, MARSHA ELLINGTON, SELENA DENISE PELAEZ, NICOLE GARCIA, REAH NAVARRO, and TAMI SANCHEZ, individually, and on behalf of all others similarly situated, | Case No. EDCV09-1316 VAP (DTBx) |
| Plaintiffs, | |
| v. | |
| SPEARMINT RHINO COMPANIES WORLDWIDE, INC., et al., | |
| Defendants. | |

DEPOSITION OF

PERSON MOST KNOWLEDGEABLE OF CLUB TRAX SOFTWARE

KYRIACOS KALFAS

THURSDAY, JANUARY 19, 2012

LAS VEGAS, NEVADA

REPORTED BY: ANDREA ANGWIN, NV CCR 796, CA CSR 6988

JOB NO.: TSG 45534

```
 1      A.   Well, I'm self-employed.  That's the business
 2   that I run.
 3      Q.   Okay.  And does that business have a name?
 4      A.   Gig Computers.  Sorry.
 5      Q.   Is that a corporation or is it a sole
 6   proprietorship?
 7      A.   It's incorporated, yes.
 8      Q.   And it's incorporated here in Nevada?
 9      A.   Yes.
10      Q.   Okay.  How long have you worked or how long have
11   you owned Gig Computers?
12      A.   Since 1999.
13      Q.   What did you do before that?
14      A.   Odd jobs.  Mechanic.  Pizza delivery driver.
15      Q.   This is your first foray into computers?
16      A.   Officially, yes.
17      Q.   Where did you attend school?
18      A.   I'm self-taught.
19      Q.   Okay.  Have you ever been deposed before?
20      A.   Yes.
21      Q.   Do you understand you're supposed to tell the
22   truth?
23      A.   I do.
24      Q.   If I ask you a question and you don't understand
25   it, just ask me to rephrase or explain it more.  We don't
```

1   of the house and not back of the house.
2   BY MR. MARKER:
3       Q.   But essentially it's your understanding there's
4   four options -- whatever they may be -- and Club Trax
5   keeps track of that information?
6       A.   Yes.
7       Q.   Now, Gig Computers has been around since 1999.
8            How long has Club Trax been in existence?
9       A.   2003.
10      Q.   Who wrote it?
11      A.   Mark Garnica, my partner.
12      Q.   Do you know how long K-Kel, Inc., has been using
13  Club Trax?
14      A.   I don't know the exact date, but I think it was
15  in 2005 that they started using it.
16      Q.   And are you aware that for the purposes of this
17  lawsuit that the relevant time period is July 13th, 2006,
18  through April 4th, 2011?
19      A.   Yes.
20      Q.   And it's your belief and understanding that
21  Club Trax has been used by K-Kel, Inc., since at least
22  before July 13th, 2006?
23      A.   I believe so.  I don't know for sure.
24      Q.   All right.  How does Club Trax work?  Can you
25  kind of describe how the user may interact with the

1   A.   Yeah, I understand.  I just need to think how to
2  answer that question.
3         There is basically a form in our program that has
4  a NEW button and you hit the NEW and all the fields become
5  populated.  Then the person entering -- and I don't know
6  who does it at Spearmint -- you have the ability to enter
7  all that information in the screen.  The system does have
8  required parameters built in to the back end.  So if they,
9  for example, don't put in the ZIP Code, it will prompt
10 them and say "You're missing the ZIP Code."  But once you
11 fill out all the data, you hit SAVE and the entry is put
12 into the database.
13  Q.   Do you know what kind of database it is?  Is it
14 SQL or Oracle?
15  A.   Yes.  SQL.
16  Q.   And it runs on Microsoft SQL Server?
17  A.   Well, Microsoft SQL Server is the database.  It
18 runs on a 2003 Windows server.
19  Q.   And is the server located at the K-Kel facility
20 or at your facility?
21  A.   No.  It's on-site.  It's property of Spearmint,
22 K-Kel or however you say it.
23  Q.   Have you ever seen the SQL server at K-Kel?
24  A.   Yes.  I put it in.
25  Q.   Is it protected in any way or is it stored in a

1  certain area?
2  A.  There is a secure room in the back of Spearmint
3  where the accountants are and there is a rack called a
4  server rack and I don't believe it's bolted to the floor,
5  but it is sitting in their main room and it is behind one
6  of those automatically locked doors where they have to
7  buzz you in from the outside.  I believe it's sitting next
8  to their DVR and Aloha server.  All the servers are in the
9  same place.
10 Q.  Did you say "Aloha"?
11 A.  Aloha.
12 Q.  And it's bolted to the rack?
13 A.  The machine is bolted to the rack, yes.
14 Q.  And the rack is 8 feet tall?
15 A.  5 feet tall or 4 feet tall.
16 Q.  Tough to walk out of the building with it?
17 A.  Tough to walk out of the building with it.  Not
18 impossible.
19 Q.  Difficult?  Someone would notice?
20 A.  Yes.
21 Q.  All right.  You installed the SQL server.  Can
22 you explain is it like a horizontal rack or a tower or
23 what does it look like?
24 A.  Yeah.  It's a rack mount.  It's a 4U.  So it's
25 about 6 or 8 inches tall.  The front end has the power

1    A.   Yes.  A payment screen that comes up.
2    Q.   And then you're not sure, but there may be an
3  option to pay later or to pay then?
4    A.   There is definitely an option to pay later or to
5  pay then.  I just don't know if there's rules of the club
6  is what I meant by that earlier statement.  It's pretty
7  much irrelevant to your question, but I just said it
8  because that's the function of the system.  But some
9  clubs, for instance, tell their employees "Nobody can owe
10 later.  I want you to collect all the moneys up-front."
11 Spearmint might not have accounts due because they collect
12 on every single dancer.  Other clubs, they don't care when
13 they pay or they let them work and come back and pay and
14 so that's why I made that statement.  I just don't know
15 how Spearmint functions as far as that front of the house
16 rule is.
17   Q.   Depending on the outcome of they pay then or they
18 pay now that also creates a record at a different table;
19 is that correct?
20   A.   If they skip it, then nothing happens in the
21 payments table.  If they accept the payment in the
22 payments table, it stores the information of the payment.
23   Q.   Included with that would be a primary key, the
24 dancer's I.D., the amount charged and the amount paid?
25   A.   Correct.

1    Q.   And the date and time most likely?
2    A.   Essentially the charges table.
3    Q.   All right. And that charges table is independent
4　of the clock-in table; is that correct?
5    A.   Correct.
6    Q.   And so regardless of whether or not an
7　entertainer paid to work that day there would still be a
8　record of her logging in?
9    A.   Correct.
10   Q.   Or being logged in, I should say.
11   A.   If a house fee was assessed, it would go into the
12　payments table, into the charges table, and then whether
13　or not that payment was received or not, it would record
14　that payment received because they can receive that
15　payment later for the same charge.
16   Q.   But they're still independent tables; correct?
17   A.   Yes.
18   Q.   And so regardless whether anything is paid, any
19　entertainer that comes through the door that's clocked in
20　a record is created; correct?
21   A.   Yes.
22   Q.   And that's not dependent on her making a payment?
23   A.   Correct.
24   Q.   Are they then stored in a table that tracks who
25　is in the main room?

1  entertainers that did not clock out.
2     Q.   And for your benefit I will state that the club
3  manager at K-Kel previously testified that all
4  entertainers exit through the back door and they are
5  clocked out by a back-door host.
6     A.   Okay.
7     Q.   In that situation which of these four apply?
8     A.   One, two or three.  They either highlight the
9  entertainer and hit CLOCK OUT or they can have the
10 entertainer put their finger on the reader and it would
11 ask them to clock out or they can receive the payment at
12 the end of the shift and clock them out with that one
13 button.
14    Q.   Does that create a record in the database as well
15 for the clock-out?
16    A.   Yes.  It logs them out of the system.  The third
17 function creates the entry of the payment in the charges
18 table.
19    Q.   Okay.  Is the clock-out stored in the same table
20 as the clock-in?
21    A.   Yes.
22    Q.   The same record?
23    A.   Yes.  On the same record.
24    Q.   Okay.
25    A.   And I believe there is a flag of a zero and a 1

Page 32

1   Q.   And like you said earlier, if you wanted to know
2   how many shifts were completed during a given date range
3   for all entertainers, you would need to do a custom query
4   for that?
5   A.   Correct.
6   Q.   Do you have access to Club Trax at K-Kel
7   remotely?
8   A.   Yes.
9   Q.   How is that accomplished in general?
10  A.   There is a program called-- Well, It's built
11  into Windows, but it's called Remote Desktop.
12  Q.   Okay.  And you just log into the computer?
13  A.   Yes.
14  Q.   It's not a website you go to or anything like
15  that?
16  A.   Correct.  It requires a user password to get into
17  Windows.
18  Q.   Do you know SQL yourself?
19  A.   A little bit.
20  Q.   If I wanted to know how many entertainers worked
21  during a given time period, could you write that query?
22  A.   Not myself, no.  Because of that relationship
23  thing you said at the beginning I don't have it all laid
24  out.
25  Q.   All right.  Were you asked to produce or to

Page 33

1  produce a list in August 2011 for K-Kel of all dancers and
2  shifts?
3       A.   I don't remember the exact date, but that sounds
4  like the general time.  Yes.
5       Q.   Who asked you to do that?
6       A.   Charlie.
7       Q.   What did he ask you for?
8       A.   He asked me for a list of entertainers from the
9  date you specified earlier -- 7-13-06 to 4-4-11 -- of all
10 the entertainers who worked within that time period and
11 how many times they worked and how many log-ins they had.
12 I don't remember the exact criteria of his request.
13      Q.   Did he ask for a list of all entertainers
14 regardless of if they still worked there or not?
15      A.   Yes.  Anybody who had a log-in between those two
16 dates.
17      Q.   Regardless of current status?
18      A.   Correct.
19      Q.   Did you make such a list for him?
20      A.   I did.
21      Q.   How did you do that?
22      A.   My partner Mark had written a query for a
23 different club and so I just had a query in my e-mail.  I
24 used that query to filter out out of the database those
25 two date ranges and then I copied the data from the query

Page 34

1  into Excel and e-mailed it to Charlie.
2      Q.   Conceptually you would then do a search in the
3  log-in table or the clock-in table for all log-ins within
4  the specified date range; correct?
5      A.   Correct.
6      Q.   And you would then join those rows from that
7  table with the appropriate rows from the dancer table
8  based on the dancer I.D. that appears the same in both;
9  correct?
10     A.   Correct.
11     Q.   Okay.
12     A.   And then that relationship allowed you to pull
13 their personal information -- first name, last name, stage
14 name, Social, and address or whatever -- and link it to
15 all of the records in the log-in table that they worked in
16 that date range and then the query summarizes it out.
17     Q.   So essentially you're taking the existing row
18 from the clock-in table and appending the dancer's
19 information from that row?
20     A.   I don't know if that's how SQL works, but "Yes."
21     Q.   How do you then condense all of these individual
22 clock-in entries into a total number of shifts?
23     A.   The query has a function in there for counting.
24 It has only one unique record -- the Sheriff's I.D. -- and
25 it takes all of the Sheriff's I.D.'s and counts them and

Page 36

1  Q. So if a woman walks in the back door and a log-in
2  has to be created there is no way to say "unknown person"
3  or "guest"?
4  A. Correct. There is no way to do that.
5  Q. So if a random person walked in off the street
6  they would first have to be entered into Club Trax before
7  a log-in could be created; correct?
8  A. Correct.
9  Q. Now, is there a function to delete a log-in?
10 A. No.
11 Q. No? You could do that using SQL, but nobody
12 using the Club Trax front-end could do that; correct?
13 A. Correct.
14 Q. And to do that somebody would have to have access
15 to the SQL server either remotely or on-site; correct?
16 A. Correct.
17 Q. If somebody deleted a row from the log-in
18 database or from the log-in table wouldn't that cause a
19 gap in the primary keys?
20 A. It would.
21 Q. So if Amber clocked in at 12:01 on July 13th and
22 then the next person logged in at 12:02 on the same day--
23 Let's say Amber is assigned primary key 12345, the next
24 person is assigned primary key 12346; correct?
25 A. Correct.

1   Q.   And next person would be 12347; correct?

2   A.   Correct.

3   Q.   If I delete the person who logged in after Amber
4   in the database, the primary keys would jump from 12345 to
5   12347; correct?

6   A.   Correct.

7   Q.   Have you looked through the database to determine
8   whether or not any such a thing has happened?

9   A.   Yes.

10  Q.   Has that occurred?

11  A.   No.

12  Q.   There's no gap in any of the primary keys during
13  the relevant period of time?

14  A.   No.  Oh, yes.  There is one gap.  We had to test
15  the system and so we logged in an entertainer that was in
16  the system and then we deleted the record so that it
17  wouldn't appear incorrectly in the system.  There is one
18  record deleted that we did.

19  Q.   When did that occur?

20  A.   I don't remember the date.

21  Q.   Do you remember the year?

22  A.   No.

23  Q.   Was it within the time period we are talking
24  about?

25  A.   Yes, it was.

Page 38

1   Q.   And that was the only instance where there is a
2   gap in the primary keys?
3   A.   Yes.
4   Q.   And the primary key is something that's assigned
5   by SQL and it's not something created by Club Trax;
6   correct?
7   A.   Correct.  It is a function of the database.  So
8   any time a record is created, SQL generates the next
9   number and Club Trax gives it the data to put in the
10  table.
11  Q.   And you can't edit the primary keys, correct,
12  because it's assigned by SQL?
13  A.   Correct.
14  Q.   And so I could perhaps write a query and go in
15  and change the name of the entertainer, but I couldn't
16  change the primary key associated with that record;
17  correct?
18  A.   Correct.
19  Q.   And again on Club Trax's software on the screen
20  user interface used by employees at the particular club
21  there is no function to delete or modify a log-in;
22  correct?
23  A.   Correct.
24  Q.   So you create this list for Charlie De la Paz,
25  the club manager, and you copy that into Excel and based

Page 39

1    on his testimony you saved that to a CSV file; is that
2    correct?
3        A.   Well, that's the part he assumes.  For lack of
4    better examples, that's how the information would come
5    out.  If you wanted somebody to be like a comma-separated
6    values -- which is what CSV means -- I exclude that step
7    in the middle.  I can export the data out of SQL into CSV
8    and then open it in Excel, but I can just simply copy all
9    of the records in the query export and just paste them in
10   Excel and so I don't need to create the CSV file.
11           There are functions in Club Trax where Charlie,
12   for lack of better examples, can go in and export out to
13   Excel a list of all of the entertainer information.  So he
14   can pull out all their pertinent information and that
15   would drop it into a CSV file and then he would open in
16   Excel.  So from his front-end function that's why he said
17   CSV.
18       Q.   Now, the export you just talked about that a
19   manager can do, can you restrict that by date range?
20       A.   No.  That's all.  You can only filter it by
21   active, inactive or both.
22       Q.   Does that list that's exported, does that contain
23   a number of shifts or not?
24       A.   No.
25       Q.   Just the raw personal information?

Page 48

1    A.    Can you clarify that for me?

2    Q.    In terms of the date range?

3        MR. GARRELL:  I will just object as vague as

4    you're talking about the original and--

5        MR. MARKER:  Let's talk about Spreadsheet 1 and

6    Spreadsheet 2.  Spreadsheet 1 will be the spreadsheet that

7    you created back in August and Spreadsheet 2 will be the

8    more recent version.

9        THE WITNESS:  The October 3rd version.  Okay.

10   BY MR. MARKER:

11   Q.    Now, the October spreadsheet was the one that you

12   created using the custom SQL query and copied into Excel

13   and e-mailed to Charlie; correct?

14   A.    No.  Remember I testified earlier that I used a

15   query that we had written for somebody else?  I don't

16   recall the exact parameters of that query, but it had the

17   general same information.  At the end of the report the

18   most important one was the number of log-ins.

19   Q.    Okay.

20   A.    I don't believe it had the last log-in on it--

21   Q.    Okay.

22   A.    --because that was something that we added

23   afterwards.  Yeah, and it didn't have the driver's license

24   or state on it, I don't believe.

25   Q.    Regardless of the columns, it contained the same

Page 52

1  Q. And the Sheriff's I.D. is the primary key
2  essentially used in the table; is that right?
3  A. Correct. In this export.
4  Q. Okay.
5  A. Not in the table.
6  Q. So for each unique individual Sheriff's I.D. card
7  there is one record or one row on this database; is that
8  correct?
9  A. Correct.
10 Q. So it's possible that if a woman had two
11 Sheriff's I.D. numbers, there might be two rows on the
12 spreadsheet for her; is that correct?
13 A. That's possible.
14 Q. So at most there is 8503 unique entertainers at
15 K-Kel, Inc.; is that correct?
16     MR. GARRELL: I will just object that the
17 question's overbroad and an incomplete hypothetical.
18     You mean during the period of time indicated by
19 this?
20     MR. MARKER: Correct. I will rephrase.
21     MR. GARRELL: Okay.
22 BY MR. MARKER:
23 Q. During the specific period of time of July 13,
24 2006, through April 4, 2011, at most 8503 individuals have
25 worked as entertainers according to the spreadsheet; is

Page 53

1   that correct?
2       A.   Correct.
3       Q.   And does this spreadsheet contain a total number
4   of shifts performed?
5       A.   It does.
6       Q.   Read that to us?
7       A.   630,448.
8           MR. GARRELL:  Whenever you can, could we have a
9   break time?
10          MR. MARKER:  Off the record for a second.
11              (Off the record:  12:02 to 12:14 P.M.)
12  BY MR. MARKER:
13      Q.   To deal with this issue of possible duplicates is
14  perhaps the best way to phrase or to state the number of
15  rows in that spreadsheet--  Would the best way to say it
16  be that there are 8503 unique Sheriff's I.D. numbers that
17  have performed during that period of time?
18      A.   Yes.
19      Q.   Okay.  So if a woman had two Sheriff's I.D. cards
20  and if one expires, she may have two entries in the
21  database.
22           That's possible; correct?
23      A.   Not expired.
24          MR. GARRELL:  Let me just object that this may
25  fall outside of this witness' scope of testimony.

Page 60

1   A.   Yes.

2   Q.   Okay.

3   A.   I mean, obviously, Spearmint is not the only
4   place I run queries for.  I could be wrong on that because
5   I could be mistaking that for somebody else.

6          MR. GARRELL:  To the best of your recollection?

7          THE WITNESS:  Yes.  To the best of my
8   recollection.

9   BY MR. MARKER:

10   Q.   And if anybody wanted a list of the number of
11   entertainers and shifts from the Las Vegas Spearmint
12   Rhino, they would have to complete a custom SQL query?

13   A.   Yeah.  This report within the program does not
14   exist.

15   Q.   So there is no way of using the program to figure
16   out the total number of entertainers and the total number
17   of shifts; correct?

18   A.   Well, you could run a report for all 8500 of
19   these entertainers separately and then create this
20   spreadsheet, sure.

21   Q.   But you'd have to run 8503 reports; right?

22   A.   Correct.

23   Q.   We are just trying to figure out how this error
24   may have happened and we think it was an administrative
25   oversight, but really with the query you're talking about