# EXHIBIT G

Page 1

1                    UNITED STATES DISTRICT COURT

2                FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4     TRACY DAWN TRAUTH, CHRISTEEN    )  Case No.
      RIVERA, JENNIFER BLAIR,         )  EDCV09-1316 VAP (DTBx)
5     VICTORIA OMLOR, JASMINE WRIGHT, )
      ANICA VINTIMILLA, MARSHA        )
6     ELLINGTON, SELENA DENISE        )
      PELAEZ, NICOLE GARCIA, REAH     )
7     NAVARRO, and TAMI SANCHEZ,      )
      individually, and on behalf of  )
8     all others similarly situated,  )
                                      )
9                    Plaintiffs,      )
                                      )
10         v.                         )
                                      )
11    SPEARMINT RHINO COMPANIES       )
      WORLDWIDE, INC., et al.,        )
12                                    )
                     Defendants.      )
13    _____)

14

15

16                        DEPOSITION OF

17     PERSON MOST KNOWLEDGEABLE OF CLUB TRAX SOFTWARE

18                        MARK GARNICA

19                 THURSDAY, JANUARY 19, 2012

20                    LAS VEGAS, NEVADA

21

22

23

24

      REPORTED BY:  ANDREA ANGWIN, NV CCR 796, CA CSR 6988
25    JOB NO.:   TSG 45534

1    month when we were out here due to personal availability;

2    correct?

3        A.   That is correct.

4        Q.   Have you ever been deposed before?

5        A.   Yes.

6        Q.   And you understand that you're supposed to tell

7    the truth and that you are under oath?

8        A.   That is correct.

9        Q.   If I ask a question that you don't understand,

10   ask me to rephrase or explain the question better so we

11   don't have any confusion.

12       A.   Okay.

13       Q.   Do you understand the difference between a guess

14   and an estimate?

15       A.   Yes.

16       Q.   Okay.  Can you state your current employer?

17       A.   It's me, Mark Garnica.  I'm self-employed.

18       Q.   Okay.

19       A.   Sole proprietor.

20       Q.   What's your relationship with Gig Computers?

21       A.   I basically am a consultant for him.

22       Q.   Okay.

23       A.   Or a 1099.

24       Q.   Okay.  And you have no ownership interest in Gig

25   Computers?

Page 9

1    Q.   Okay.  And how long did you work there?

2    A.   From 1999 until 2003.

3    Q.   Okay.  What's your educational background?

4    A.   I went to school at Texas A&M.

5    Q.   What did you study?

6    A.   Mechanical engineering.

7    Q.   Did you graduate?

8    A.   I did not.

9    Q.   When did you start at Texas A&M?

10   A.   1993.

11   Q.   And since Texas A&M have you attended any other

12   colleges or universities?

13   A.   No.

14   Q.   Any trade schools?

15   A.   No.

16   Q.   Before Texas A&M did you attend any colleges,

17   community colleges or trade schools?

18   A.   I did go to community college during high

19   school.

20   Q.   Where is that?

21   A.   Wasilla, Alaska.

22   Q.   Sarah Palin's hometown, eh?

23   A.   Sure is.

24        MR. GARRELL:  That's why you moved.

25   //

1   Club Trax software?

2       A.   That's right.

3       Q.   When did you write that?

4       A.   It started in 2003.

5       Q.   When was the first version finished?

6       A.   I believe it was 2003.

7       Q.   Okay.  Before Club Trax had you written any

8   software?

9       A.   Not that I sold.  I had written small things for

10  my own personal use.  But--

11      Q.   No commercial software?

12      A.   No commercial.

13      Q.   Have you written any commercial software since

14  Club Trax?

15      A.   Yes.

16      Q.   Can you give me an example of the types of

17  programs?

18      A.   I have written sort of an entry system that a

19  company will put a fingerprint reader on their door and

20  that fingerprint reader will be hooked up to a computer

21  and an employee will come in and that will allow them

22  access or not depending on if they meet the criteria and

23  the door will pop open.

24      Q.   Sort of a biometric security system?

25      A.   Uh-huh.  Yes.

Page 12

1    Q.    Okay.  Anything else?

2    A.    Yes.  Yeah, I have written a time clock program

3    that is done via the web and so a company with multiple

4    locations will log into their Internet website and clock

5    in their employees and clock them out that way.

6    Q.    When did you write that?

7    A.    That was probably around 2005.

8    Q.    Anything else.

9    A.    No.  That's it.

10    Q.    So in 2003 you designed or programmed the

11    Club Trax software; right?

12    A.    Right.

13    Q.    And that runs on Windows?

14    A.    Runs on Windows, yes.

15    Q.    What language is that in?

16    A.    Visual Basic 6.0.

17    Q.    And does Club Trax connect to a database?

18    A.    Yes.  Microsoft SQL Server.

19    Q.    Now, Mr. Kyriacos testified that at some point he

20    and his partner and you split and everybody took a copy of

21    the program?

22    A.    Correct.

23    Q.    Does that mean that three versions of Club Trax

24    have evolved independently?

25    A.    That means that technically that could have

1  happened, but to my knowledge only my version has evolved.

2  I don't know what happened to John, honestly.  He did some

3  installs on his own with probably a little bit of help

4  from me and then never heard from again and that was in

5  2005.  And then Kyriacos came to me and I have just been

6  modifying my version of the code since then.

7      Q.   When is the first time you had interaction with

8  the Spearmint Rhino Las Vegas' version of Club Trax?

9      A.   I helped John install that and I don't remember

10  what month, but it was 2005.  I wasn't--  So John had his

11  version of the software.  He was not able to set up the

12  server and the terminals all by himself and so he

13  contracted me out and I helped him do that.

14      Q.   So you not only wrote the software, but you also

15  installed the software at the K-Kel location?

16      A.   Yes.

17      Q.   And that was in 2005?

18      A.   2005.

19      Q.   Now, are you aware of any updates to the software

20  since 2005?

21      A.   Yeah.  Yes.

22      Q.   Did you write all of those updates?

23      A.   Yes.

24      Q.   Did any of those updates relate to the function

25  of adding dancers in the database or clocking in and

1   added that field and put the records in if they had them

2   on file.  But otherwise, no, that wouldn't be there.

3       Q.   All right.  To not recover everything,

4   Mr. Kyriacos and Mr. De la Paz have already discussed the

5   procedures for adding a dancer.

6       A.   Uh-huh.

7       Q.   You go to a screen and you click ADD and a set of

8   fields appears and you type in certain information and you

9   click SAVE and they are added into the database; correct?

10      A.   That's correct.

11      Q.   And that form upon submission creates a new

12  record in a table containing a list of all dancers and

13  entertainers; correct?

14      A.   That is correct.

15      Q.   And upon the creation of each new record or row

16  in that table a primary key is created; right?

17      A.   Correct.

18      Q.   And that primary key is issued by Microsoft SQL

19  Server and not by the form or any employee; correct?

20      A.   That's right.

21      Q.   And each primary key is sequential?

22      A.   Correct.

23      Q.   One greater than the last?

24      A.   That's correct.

25      Q.   Now, to not repeat the procedures again, there is

Page 18

1    the different tables to see what kind of data's being

2    stored?

3        A.   The only tables I have looked through are the

4    entertainer database that holds the entertainers'

5    information and the log-in database.  I didn't look

6    through any other databases or any other tables, rather.

7        Q.   Now, can you tell by looking through the

8    entertainer database whether or not biometric data is

9    being stored in that database as far as fingerprints?

10       A.   I can tell if I'm looking for that in particular,

11   but I didn't look for it and so I don't know.

12       Q.   So you are unsure?

13       A.   Yeah.  I don't know if they are storing

14   fingerprints or not.

15       Q.   So you are unsure as to whether or not Spearmint

16   Rhino uses the biometric clock-in/clock-out feature?

17       A.   That's right.  I don't know.

18       Q.   Okay.  Now, does Club Trax contain the ability to

19   issue various user I.D.'s and passwords?

20       A.   For employees it does.  For entertainers there

21   are no--  The closest thing to a password is their

22   fingerprint, but there is no--

23       Q.   And to clock somebody in or out does Club Trax

24   need to be logged into by a user?

25       A.   Yes.

1    Q.   So a nondancer employee need to be logged into

2    Club Trax for a dancer to be logged in or logged out;

3    correct?

4    A.   That is correct.

5    Q.   Are there different levels of security among

6    users?

7    A.   There are, yes.

8    Q.   And so a manager might have the ability to access

9    more functions than a cashier at the front?

10   A.   That's correct.  Yes.

11   Q.   What level of security are required to log a

12   dancer in or out?

13   A.   The way the security is set up is you create a

14   name -- call it "Manager" or call it "Cashier" -- and you

15   create this name and it opens up a window and you check

16   all of the fields that you want to be able to assign to

17   that name that you have created.  So--  I mean, it is

18   theoretically possible that managers don't have access to

19   clock somebody in where a cage girl does.

20   Q.   That's something you control in writing the

21   software?  It's an option that Spearmint Rhino Las Vegas

22   would choose?

23   A.   It is a setting that we have access to.  We have

24   the ability to give the club managers access to those

25   settings.  I don't know if they have access to those

1    settings or not, though.

2        Q.   Okay.  So that's not a tier where, like, you have

3    Level I security?

4        A.   No.  Each position, if you will, has its own

5    things they can do that another position -- even if it's

6    like a higher tier like a manager or owner -- may not have

7    access to if those check boxes are not checked.

8        Q.   Okay.  Within Club Trax is there the ability to

9    delete a dancer from the database?

10       A.   No.

11       Q.   Okay.  Is there the ability to delete a shift

12   from a database?

13       A.   No.

14       Q.   Is there an ability to modify a log-in time or a

15   log-out time?

16       A.   No.

17       Q.   All of that can only be accomplished through

18   access to SQL directly?

19       A.   That is correct.

20       Q.   And to access the SQL database directly that

21   would either require physically appearing at the SQL

22   server or remotely logging in; correct?

23       A.   Yes.  With the user name and password.

24       Q.   The user name and password for which are

25   different than the user names and passwords in the

1   Club Trax database; correct?

2      A.   Yes.  It's completely isolated.  So whatever name

3   you put into Club Trax as an employee is not the same that

4   will get you into Windows.

5      Q.   When a dancer is clocked in it creates a new

6   record or row in a clock-in table; correct?

7      A.   Correct.

8      Q.   What data is stored in that table in terms of

9   columns?

10      A.   There is the identity field that's created, the

11   autonumber.

12      Q.   That's a primary key?

13      A.   Yes.  There is the entertainer's I.D. that links

14   back to their entertainer database.

15      Q.   Does the entertainer I.D. relate to the primary

16   key in the entertainer database or to the Sheriff's I.D.?

17      A.   Actually, it relates directly to the Sheriff's

18   I.D.  It is their Sheriff's I.D.

19      Q.   Okay.  Okay.

20      A.   Then there is the time in and time out.

21          There is another field that I seriously doubt is

22   being used there. It's--  In some states the entertainers

23   are not treated as independent contractors and they're

24   treated as employees and so when they clock out they have

25   to declare the tips and so there is a field to record the

1   tips declared.

2       Q.   Okay.

3       A.   And I believe that's it.

4       Q.   Is there an I.D. for the employee that logged

5   them in?  A record for that?

6       A.   I don't think there is.  I remember Kyriacos

7   saying so, but I think he is thinking of the payments and

8   the charges.  I don't think it actually records which

9   terminal they logged in from or which user was logged in

10  when that happened.

11      Q.   Okay.  Now, in the payments database, once

12  someone is clocked in it goes to the next screen which

13  will generate a house fee based on the time of day;

14  correct?

15      A.   Correct.

16      Q.   Or whatever the cost is to work during that

17  shift?

18      A.   Right.

19      Q.   Now, let's say that the screen said a $40 fee is

20  due and the entertainer paid $40.  Is another row created

21  in a different table?

22      A.   There is a charges table and a payments table.

23      Q.   Okay.

24      A.   When the entertainer first clocks in and incurs

25  the charge, that's written there and there is a flag that

1    Q.   And it's my understanding that this query he used

2    was a modified version of a -- quote -- "canned query"

3    that you had written some other time and he modified for

4    use in this instance; is that correct?

5    A.   That's correct.

6    Q.   What did this query do?

7    A.   So the query basically has three parts.  You say

8    what fields you want, what tables you want it from, and

9    how you want to filter out the data or what criteria

10   you are using.  So this query selected several rows or

11   several columns from the entertainers database or

12   entertainers table and it interjoined with the log-ins

13   table via the entertainer's I.D. or Sheriff's I.D. and

14   then it took a count.  One of the columns was a count of

15   the number of records that were in this query for that

16   particular person -- for that entertainer -- and then the

17   criteria was the date range.

18   Q.   And the date range was July 13th, 2006, through

19   April 4th, 2011?

20   A.   I believe so.  Those dates are very familiar.

21   Back when I looked at it--  I don't remember if that's

22   exactly right.  But you did have the dates, like if they

23   were wrong, they would be very obvious and easy to fix.

24   Q.   Okay.

25   A.   It wasn't hidden or anything.  It was easy to

1    spot.

2         Q.   It was part of the query; right?

3         A.   Yeah.  Exactly.

4         Q.   And so what this query did is it joined certain

5    fields from the dancer database based on the I.D. to the

6    log-in/log-out database; correct?

7         A.   That's correct.

8         Q.   And then it aggregated them in the sense that it

9    selected one unique row or it counted the number of

10   clock-ins for each particular dancer; correct?

11        A.   Correct.

12        Q.   Records?

13        A.   Correct.

14        Q.   Right?  Individual records?

15        A.   Yes.

16        Q.   And so if Dancer 123 had been clocked in and

17   clocked out or just clocked in -- whatever -- fifty times,

18   it would return the number 50?

19        A.   Correct.

20        Q.   And associate that with the selected dancer

21   columns from the dancer database; is that correct?

22        A.   Correct.  Yes.

23        Q.   And that count would be limited to a particular

24   date range in the query?

25        A.   That's right.

1    number of log-ins and that's what I used, was the log-in

2    time for that criteria.

3        Q.    So the query will give us a total number of

4    shifts performed by any dancer whoever worked as long as

5    they worked during that specified period of time; correct?

6        A.    Correct.

7        Q.    And you reviewed that query to make sure it was

8    correct?

9        A.    That's correct.

10       Q.    And the query you reviewed was maybe not

11   originally written but at least modified last by

12   Mr. Kyriacos or by Kyriacos; correct?

13       A.    That's correct.

14       Q.    Now, let's talk about manipulation.  Let's say--

15   Let me give you an example.  Let's say I have your

16   software and I use it the same way or I have the same

17   version of software that K-Kel uses and I want to reduce

18   the amount of shifts that would be reported in such a

19   query.

20       A.    Okay.

21       Q.    I can do that by deleting rows from a clock-in

22   database or the clock-in table; correct?

23       A.    That is correct.

24       Q.    Is there any other way I could manipulate the

25   data to reduce the number of shifts reported by the

1  query?

2      A.    No.  You would have to manipulate the query at

3  that point.

4      Q.    So you've reviewed the query and the query was

5  free of any manipulations; correct?

6      A.    Right.

7      Q.    It asked for every dancer and every shift worked

8  by that dancer as long as they were clocked in after

9  July 13th, 2006, and before the end of April 4th, 2011;

10  correct?

11      A.    That's correct.

12      Q.    There was no manipulation of that query

13  whatsoever?

14      A.    That's correct.

15      Q.    And so other than the query itself, the only way

16  to manipulate that data would be to delete rows from the

17  database or change the log-in dates contained in that

18  table as well; correct?

19      A.    That is correct.

20      Q.    Is there any other way that data could be

21  manipulated?

22      A.    No.

23      Q.    Okay.  Now, we've already talked about how every

24  time a new row or record was added to the clock-in table a

25  new primary key is created; right?

1    A.    Correct.

2    Q.    And that's assigned by SQL and not by Club Trax?

3    A.    That is correct.

4    Q.    If I were--  Let's say by manipulating the data I

5    deleted every single shift worked or clock-in recorded in

6    June 2010.

7    A.    Uh-huh.

8    Q.    Would you be able to tell that I did that?

9    A.    Yes.

10   Q.    How?

11   A.    What I would do is write a query or a script that

12   pulls up the very first record ordered by the primary key

13   I.D. and then I would step through them and move to the

14   next record and see if it is exactly one more than the

15   previous record and if it is, then I would move to the

16   next record and check and see and keep going until I found

17   a discrepancy.  If I found a discrepancy, then I would

18   know that somebody deleted some data that used to be there

19   that is not any longer.

20   Q.    Okay.  Did you do such a query?

21   A.    I did.

22   Q.    What were that results?

23   A.    There was one record deleted December 15th, 2008,

24   at a time I did an update.  I had to clock in an

25   entertainer to test and make sure the new changes I wrote

Page 33

1      A.   No.

2      Q.   It's an ancillary function--

3      A.   Right.

4      Q.   --that required you to run through the entire

5  process?

6      A.   That's correct.

7      Q.   Okay.  Now, is there a way to rewrite data so

8  that--  Let's say I delete Rows 1000 to 1100 and we're at

9  2000 right now.  If another dancer would be clocked in

10 would SQL go back to 1000 and kind of cover up those gaps

11 or would it continue on at 2001?

12     A.   The way that works is the SQL server has some

13 kind of an internal counter and I don't know exactly where

14 that is stored or how that works.  When you add a record

15 in it increments the counter by one and writes that to the

16 identity key.  If I delete a section or any of the records

17 before that it does not go back and fills those records

18 in.  It writes the next one.

19     Q.   So SQL will not overwrite any gaps?

20     A.   That is correct.

21     Q.   And for a layperson that may not understand this,

22 let's use an example from the real world.  Have you ever

23 seen those carbon copy telephone message books that you

24 can buy at Office Depot or something like that?

25     A.   To take messages on?

1    Q.   Yeah.

2    A.   Yeah.

3    Q.   There's a yellow slip and a pink slip and a white

4 slip or whatever.  You write that message and then you

5 tear off the white page or whatever and you go to the next

6 one.  If somebody wanted to delete a day's worth of

7 telephone messages, they could rip out an entire page from

8 the book; correct?

9    A.   Correct.

10    Q.   But you could see the torn page in the binding;

11 right?

12    A.   Yes.

13    Q.   There would be a gap?

14    A.   Yes.

15    Q.   And the database version of the primary key is

16 what we're talking about now and you see a gap?

17    A.   Oh, yes.  Absolutely.  Uh-huh.

18    Q.   Does that make sense?

19    MR. MARKER:  Okay.

20    MR. GARRELL:  To me it does.

21    MR. MANUWAL:  Sure.

22    MR. HARRIS:  Just to show that I'm listening, I

23 understood too.

24 BY MR. MARKER:

25    Q.   So that's a real world comparison between a hole

1  in the database and a hole in the phone book or some other

2  logbook; right?

3      A.   That's correct.

4          MR. GARRELL:  Let me ask you this, though.  When

5  you ran your query -- and I forgot how you phrased it --

6  did you notice that you found the one spot in December or

7  whatever it was in 2008 missing that you found anything

8  else missing when you ran that query?

9          THE WITNESS:  No.  Nothing else was deleted.

10  BY MR. MARKER:

11     Q.   Now, the other way to manipulate the data would

12  be to select a group of rows and change every 2007 to

13  2002, for instance.  Okay?

14     A.   Yeah.

15     Q.   Wouldn't that cause an error or a detectable

16  error because you'd go from 2006 to 2002 and then back to

17  2007?

18     A.   That's correct.

19     Q.   You would notice that as well; right?

20     A.   Yes.

21     Q.   It would be out of order?

22     A.   Uh-huh.

23     Q.   Theoretically every log-in should occur

24  temporally after the first or the previous?

25     A.   That's correct.

Page 36

1      Q.    Did you check to see if that had occurred?

2      A.    I did.

3      Q.    Did that occur?

4      A.    There appeared to be an issue at the very

5  beginning of 2005 and I don't know if they had multiple

6  systems or not, but it looked like it was taking the--

7  And I remember that this was an issue.  The time stamp

8  that would be put into the database would come from the

9  work station.  So in 2005 I did find that there would be

10  the primary key I.D., a time stamp of, say, midnight and

11  then the next I.D. and the time stamp might be 11:59 and

12  that caught me off-guard until I realized that if the

13  system times are off on the two terminals that that would

14  happen.  So what I did was I adjusted my query for five

15  minutes and I said "Give me within the last five minutes

16  of the previous one."  I found that after 2005 that

17  fluctuation stopped altogether and I don't know what

18  changed -- if they only went to one register -- because I

19  didn't do an update at that point.  I definitely know that

20  I fixed the code somewhere along the way.

21      Q.    So that the time came from the system time and

22  SQL server and not the work station; correct?

23      A.    Correct.  Right.

24      Q.    Do you believe you did that before 2006?

25      A.    I can't remember.

1    Q.    Okay.

2    A.    My first instinct by looking at their database is

3    "No" or, at least, I didn't update them.

4    Q.    So if the motherboard on one of the stations had

5    a dead battery and the time ran a little slower on that

6    station or an update occurred later, that could be the

7    cause of that?

8    A.    Right.  And so I limited that scope to five

9    minutes, so "Within five minutes has that happened?"

10         And then the only issues I found after I did that

11   where the time was behind where the next record's time was

12   behind the previous records's time was Daylight Savings

13   time changes.  So, for instance, November 2nd I would have

14   a record at 1:54 and then the next record would be at 1:03

15   and those are the only other instances I found.

16   Q.    So you found two instances, one of which is

17   explained by different times on specific work stations and

18   the other is attributable to Daylight Savings?

19   A.    Correct.

20   Q.    And you found no other instances?

21   A.    There was no other big gaps.  There was never a

22   year or even a day previous, so I wouldn't go to the next

23   record and be twenty-four hours behind it.  There was

24   never any instances of that.

25   Q.    What about the dancer database?  Can you tell if

1    A.    That's correct.

2    Q.    --which did not occur?

3    A.    The only way to delete a dancer record without me

4    being able to detect it is if she never logged in in the

5    first place.  The software doesn't let you delete it in

6    any case.

7    Q.    So if a woman walked in and was hired and

8    approved to work and then never worked would it be

9    possible that her records were deleted and you couldn't

10   tell?

11   A.    That's correct.

12   Q.    And that's the only possibility?

13   A.    Right.

14   Q.    So as the person who designed the software and

15   completed other programs and also designed other software,

16   can you state with certainty that no shift has ever been

17   deleted from the Club Trax database?

18         And when I say "shift," no log-in or log-out has

19   been deleted from the Club Trax database?

20   A.    I am very certain that it has not been deleted.

21   Q.    And as the person who designed and programmed the

22   Club Trax database as well as other software, can you also

23   state with certainty that no dancer who ever performed one

24   shift or was ever logged into the system has been deleted

25   from the Club Trax database?

1    that is correct."

2            MR. MANUWAL:  I thought there was a question

3    about him having checked something.

4            THE REPORTER:  Oh.  That was the question you

5    wanted?

6            "Question:  And did you check that?

7            Answer:  No.

8            Question:  Like you said, you would have noticed

9    the gap?

10           Answer:  Yes."

11           MR. MANUWAL:  Okay.

12   BY MR. MARKER:

13       Q.   I'm going to sum up right now.

14           Based on--  I want to recap this.  I already

15   asked it, but I want to confirm one more time.

16           If K-Kel's procedures had the result of every

17   single woman who came into the club being logged in and

18   logged out during the relevant class period, each of those

19   regardless -- each log-in -- would have been counted in

20   this query and resulting spreadsheet that Kyriacos

21   created; correct?

22       A.   Correct.

23       Q.   And so this 630,448 number, that means that there

24   were 630,448 log-ins or clock-ins to the Club Trax system

25   during the relevant period of time; correct?

1      A.    Correct.

2      Q.    And those 6,300,448 clock-ins related to 8503

3  individuals or records in the entertainer database;

4  correct?

5      A.    Correct.

6      Q.    And there is a possibility that there are

7  duplicates, but no more than that; correct?

8      A.    Correct.

9           MR. GARRELL:  Just for clarity, when you said

10  "women" before, you meant entertainers?

11           MR. MARKER:  Yes.

12           MR. GARRELL:  Yes.

13  BY MR. MARKER:

14      Q.    The 8503 number represents unique Sheriff's

15  I.D.'s; correct?

16      A.    That is correct.

17      Q.    So the only way there would be a duplicate is if

18  the same individual or entertainer had more than one

19  Sheriff's I.D. over a period of time or at the same time

20  or whatever; correct?

21      A.    That's correct.

22      Q.    And any attempt to manipulate the number of

23  log-ins or the number of entertainers during that relevant

24  class period would have left a trace in the database that

25  you would have been able to detect; correct?

1          To the extent the witness understands he may

2     respond.

3          THE WITNESS:  Are you talking to the manipulation

4     of that spreadsheet?

5     BY MR. MARKER:

6     Q.   I'm talking about if there is any effort to

7     underreport any numbers in terms of this latest

8     spreadsheet that Kyriacos produced, any attempted

9     manipulation would've had to have occurred in the real

10    world because had it occurred in the virtual world in the

11    SQL server or the Club Trax you would have seen that?

12    A.   That is correct.  The data coming out of

13    Club Trax is pure.

14    Q.   All right.  Error and manipulation-free?

15    A.   Yes.

16    Q.   And you can say your opinion is based on

17    generally accepted computing programming standards?

18    A.   Yes.

19         MR. MARKER:  That's all I have.

20         MR. MANUWAL:  My turn?

21

22                    EXAMINATION

23    BY MR. MANUWAL:

24    Q.   What do you understand generally accepted

25    computing standards to be?