**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Daniel G. Lamb, Esq., State Bar No. 101685
Brian D. Martin, Esq., State Bar No. 199255
Suite 1100
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000

**JORDEN BURT LLP**
James F. Jorden, Esq., *Pro Hac Vice*
Raul A. Cuervo, Esq., *Pro Hac Vice*
Denise A. Fee, Esq., *Pro Hac Vice*
Jefferson Court, Suite 400 East
1025 Thomas Jefferson Street, N.W.
Washington, D.C. 20007-5208
Telephone: (202) 965-8100

**JORDEN BURT LLP**
Jeffrey L. Williams, Esq., *Pro Hac Vice*
175 Powder Forest Drive, Suite 301
Simsbury, Connecticut 06089-9658
Telephone: (860) 392-5000
*Attorneys for Defendant Allianz Life Insurance Company of North America*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. IORIO, MAX FREIFIELD, RUTH SCHEFFER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | CASE NO.: 05 CV 0633 JLS (CAB) <br> [CIVIL ACTION] <br><br> **JOINT MOTION FOR APPROVAL OF CLASS NOTICE TO THIRD SUPPLEMENTAL GROUP, SCHEDULE FOR MAILING OF NOTICE, AND RIGHT OF THIRD SUPPLEMENTAL GROUP MEMBERS TO REQUEST EXCLUSION FROM CLASS** <br><br> **Hearing** <br> Date: July 1, 2010 <br> Time: 1:30 p.m. <br> Courtroom: 6 <br> Judge: Hon. Janis L. Sammartino |

Case No.: 05 CV 0633 JLS (CAB)

## JOINT MOTION AND STIPULATION

WHEREAS notice of certification of the Class in the above-captioned action was mailed on November 13, 2006 in accordance with the schedule established by the Court in its Order dated and filed, October 11, 2006 (hereafter referred to as the "original notice group");

WHEREAS notice of certification of the Class in the above-captioned action was mailed to a supplemental notice group on December 26, 2006, in the form and manner of mailing specified by the Court in its Order dated and filed, December 12, 2006, (hereafter referred to as the "first supplemental notice group");

WHEREAS notice of certification of the Class in the above-captioned action was mailed to a second supplemental notice group on October 2, 2007, in the form and manner of mailing specified by the Court in its Order dated and filed, September 21, 2007, (hereafter referred to as the "second supplemental notice group");

WHEREAS the parties are seeking preliminary approval of a proposed settlement of the action, and Plaintiffs have filed the proposed form of Settlement Notice should the Court grant preliminary approval of the proposed settlement, as Exhibit 2 to the Declaration of Christopher D. Edgington in Support of Preliminary Settlement Approval, (Doc. No. 425-3), ("Settlement Notice");

AND WHEREAS investigation by Defendant, Allianz Life Insurance Company of North America, Inc., ("Allianz") has confirmed that, due to administrative error, approximately 184 Class Members and approximately 242 Class Annuities were improperly omitted from these prior mailings;

IT IS HEREBY STIPULATED by the parties, through their respective counsel of record as follows:

1. The "Special Notice of Right to Remain a Class Member or Request Exclusion from Class Action" submitted as Exhibit "A" to this stipulation and joint motion, (hereafter "Opt Out Notice"), along with the proposed Settlement Notice, gives adequate notice to the third

supplemental notice group and is approved by the parties. The Opt Out Notice shall provide a reasonable thirty-five (35) day period of time for the recipients to exclude themselves from the Class, should they desire to do so.

2. The settlement administrator retained pursuant to the Stipulation of Settlement filed with the Court is appointed to mail the Opt Out Notice along with the Settlement Notice to the third supplemental notice group by First Class mail, to receive any requests for exclusion made by third supplemental notice group members, to report to the Court and the parties on the progress and completion of the notice process, and to perform any other administrative act necessary to accomplish the provision of notice to the members of the third supplemental notice group. The procedures for updating mailing data and re-mailing undeliverable notices, as set forth in the proposed Settlement, shall apply to the Opt Out Notice.

3. If any Class Member included in the third supplemental group has previously received notice of the pendency of this class action, as a member of the original notice group, first supplement notice group, or second supplemental notice group, by virtue of another Class Annuity, and has therefore already been given notice of the right to request exclusion and the opportunity to do so, then no Opt Out Notice shall be sent to said Class Member.

4. The cost of services and mailing, for the provision of this notice to the third supplemental notice group shall be borne by Allianz.

5. Class Members included in the third supplemental notice group who are mailed an Opt Out Notice shall be given thirty-five (35) days from the date of mailing in which to "opt-out", *i.e.*, request exclusion from the class.

6. Two weeks after the "opt-out" deadline for the Class Members in the third supplemental notice group who are mailed an Opt Out Notice, the settlement administrator shall provide Plaintiffs and Allianz with a list of the names and addresses of all such Class Members who timely submitted proper exclusion requests. For any exclusion request postmarked after the "opt-out" date, this list shall indicate the date of postmark, or if none, the date of receipt by the settlement administrator. The settlement administrator shall provide Plaintiffs and Allianz with

3

Case No.: 05 CV 0633 JLS (CAB)

1  copies of all exclusion requests received. At the time of filing any motion for final settlement
2  approval, Class Counsel shall file a report to the Court identifying any such requests for
3  exclusion, timely and valid or otherwise.

4      7. This stipulation and joint motion shall not create or extend the deadline for the exercise
5  of any right to request exclusion from the Class by any Class Member, except as to those Class
6  Members in this third supplemental notice group who are mailed an Opt Out Notice, and then
7  only in accordance with the terms of this stipulation and joint motion and the Opt Out Notice.

8      8. The parties hereby jointly move for an entry of an order, in the proposed form served
9  and submitted herewith, consistent with this stipulation.

IT IS SO STIPULATED

Dated: June 25, 2010

| /s/ Christopher D. Edgington<br>Raymond E. Mattison, Esq.<br>Chris D. Edgington, Esq.<br>ERNST & MATTISON, A Law Corporation<br>1020 Palm Street<br>P.O. Box 1327<br>San Luis Obispo, CA 93406<br>Telephone: 805-541-0300<br>Facsimile: 805-541-5168<br>rem@emlaw.us | /s/ Roland C. Goss<br>Roland C. Goss, Esq.<br>JORDEN BURT LLP<br>Jefferson Court, Suite 400 East<br>1025 Thomas Jefferson St., N.W.<br>Washington, DC 20007-0805<br>Telephone: (202) 965-8100<br>Facsimile: (202) 965-8104 |
|---|---|
| Robert S. Gianelli, Esq.<br>GIANELLI & MORRIS, A Law Corporation<br>626 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: 213-489-1600<br>Facsimile: 213-489-1611<br><br>rob.gianelli@gmlawyers.com | Brian Martin<br>PILLSBURY WINTRHOP SHAW PITTMAN LLP<br>501 West Broadway<br>Suite 1100<br>San Diego, CA 92101<br>Telephone: (619) 544-3171<br>Facsimile: (619) 236-1995<br><br>*Attorneys for Defendant Allianz Life Insurance Company of North America* |
| Ronald A. Marron, Esq.<br>LAW OFFICES OF RONALD A. MARRON<br>3636 Fourth Avenue<br>Suite 202 | |

4

Case No.: 05 CV 0633 JLS (CAB)

| | |
|---|---|
| San Diego, CA 92103<br>Telephone: 619-696-9006<br>Facsimile: 619-696-0983<br>ron.marron@cox.net<br>*Attorneys for Anthony J. Iorio, et al.* | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

Case No.: 05 CV 0633 JLS (CAB)

DOCKET NO. 05 CV 0633 JLS (CAB)

**CERTIFICATE OF SERVICE**

I, Roland C. Goss, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to this within cause. I am a partner at Jorden Burt LLP in the City of Washington D.C.

2. My business address is 1025 Thomas Jefferson Street, N.W. Suite 400 East, Washington D.C. 20007.

3. On June 25, 2010, I filed the attached document electronically with the United States District Court, Southern District of California, and the below-listed parties were served via the Court's electronic case filing system at the e-mail addresses listed below on the attached service list:

[See Attached Service List]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of June, 2010 at Washington D.C..


        /s/ Roland C. Goss
          Roland C. Goss

6

Case No.: 05 CV 0633 JLS (CAB)

## SERVICE LIST

| | |
|---|---|
| Robert S. Gianelli, Esq.<br>GIANELLI & MORRIS, A Law Corporation<br>626 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: (213) 489-1600<br>Facsimile: (213) 489-1611<br>rob.gianelli@gmlawyers.com | *Counsel for*<br>*Anthony J. Iorio, et al.* |
| Raymond E. Mattison, Esq.<br>ERNST & MATTISON, A Law Corporation<br>1020 Palm Street<br>P.O. Box 1327<br>San Luis Obispo, CA 93406<br>Telephone: (805) 541-0300<br>Facsimile: (805) 541-5168<br>rem@emlaw.us | *Counsel for*<br>*Anthony J. Iorio, et al.* |
| Ronald A. Marron, Esq.<br>LAW OFFICES OF RONALD A. MARRON<br>Suite 202<br>3636 Fourth Avenue<br>San Diego, CA 92103<br>Telephone: (619) 696-9006<br>Facsimile: (619) 564-6665<br>ron.marron@cox.net | *Counsel for*<br>*Anthony J. Iorio, et al.* |

*229794v1*

Case No.: 05 CV 0633 JLS (CAB)