# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. IORIO, MAX FREIFIELD, RUTH SCHEFFER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | CASE NO.: 05 CV 0633 JLS (CAB)<br>[CIVIL ACTION]<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF CLASS NOTICE TO THIRD SUPPLEMENTAL GROUP, SCHEDULE FOR MAILING OF NOTICE, AND RIGHT OF THIRD SUPPLEMENTAL GROUP MEMBERS TO REQUEST EXCLUSION FROM CLASS**<br><br>Date: July 1, 2010<br>Time: 1:30 p.m.<br>Courtroom: 6<br>Judge: Hon. Janis L. Sammartino |

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing, the Court hereby orders as follows:

1. The "Special Notice of Right to Remain a Class Member or Request Exclusion from Class Action" served and submitted as Exhibit "A" to the JOINT MOTION FOR APPROVAL OF CLASS NOTICE TO THIRD SUPPLEMENTAL GROUP, SCHEDULE FOR MAILING OF NOTICE, AND RIGHT OF THIRD SUPPLEMENTAL GROUP MEMBERS TO REQUEST EXCLUSION FROM CLASS, (hereafter, "Opt Out Notice"), is approved by the Court.

2. The Third Party Administrator selected by Allianz to administer the Settlement is appointed to mail the Opt Out Notice to the Third Supplement Notice Group members, to report to the Court and the parties on the progress and completion of the notice process, and to perform any other administrative act necessary to accomplish the provision of the Opt Out Notice to the members of the Third Supplemental Notice Group. The procedures for updating mailing data and re-mailing undeliverable notices, as set forth in the proposed Settlement Stipulation, shall apply to the Opt Out Notice.

3. If any Class Member included in the Third Supplemental Notice Group has previously received notice of the pendency of this class action, as a member of the original notice group, first supplemental notice group, or second supplemental notice group, by virtue of another Class Annuity, and has therefore already been given notice of the right to request exclusion and the opportunity to do so, then no Opt Out Notice shall be sent to said Class Member.

4. The cost of the services of the Settlement Administrator, and the cost of mailing this Opt Out Notice shall be borne by Allianz.

Case No.: 05 CV 0633 JLS (CAB)

1  5. Members of the Third Supplemental Notice Group who are mailed an Opt Out Notice shall be given thirty-five (35) days from the date of mailing of the Opt Out Notice in which to "opt out" and request exclusion from the Class.

6. The Settlement Administrator shall mail the Opt Out Notice at the time of and as an enclosure with the Settlement Notice.

7. The Settlement Administrator is authorized to insert the deadline for Class Members to "opt-out" and request exclusion from the Class in the Opt Out Notice in the space provided under the heading "Your Right to Request Exclusion from the Class" on page three of the Opt Out Notice, so long as that deadline inserted is thirty-five (35) days after the date of mailing of the Opt Out Notice to the Third Supplemental Notice Group specified by this Order. The Settlement Administrator is also authorized to insert the name and address of the Settlement Administrator, the mailing date of the Opt Out Notice, and the contact information for the Settlement Administrator and Settlement website, in the spaces provided in the Opt Out Notice.

8. Two weeks after the "opt-out" date as to those members of the Third Supplemental Notice Group who are mailed an Opt Out Notice, the Settlement Administrator shall provide Plaintiffs and Allianz with a list of the names and addresses of all such Class Members who submitted exclusion requests. For any exclusion requests postmarked after the "opt-out" date, this list shall indicate the date of postmark, or if none, the date of receipt by the Settlement Administrator. The Settlement Administrator shall also provide Plaintiffs and Allianz with copies of all exclusion requests submitted. At the time of filing any motion for final settlement approval, Class Counsel shall file a report to the Court identifying any such requests for exclusion, timely and valid or otherwise.

9. This Order shall not create or extend the deadline for the exercise of any right to request exclusion from the Class by any Class Member, except as to those Class Members in this Third Supplemental Notice Group who are mailed an Opt Out Notice, and then only in accordance with the terms of this Order and the Opt Out Notice.

Dated: July 1, 2010

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Court Judge
Southern District of California

4

Case No.: 05 CV 0633 JLS (CAB)