RIDOUT & LYON, LLP
CHRISTOPHER P. RIDOUT (State Bar No. 143931)
Email: c.ridout@ridoutlyonlaw.com
CALEB LH MARKER (State Bar No. 269721)
Email: c.marker@ridoutlyonlaw.com
555 E. Ocean Blvd., Ste. 500
Long Beach, California 90802
(562) 216-7380
(562) 216-7385 Fax

(Additional counsel listed below)

**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAWN TRAUTH, CHRISTEEN RIVERA, JENNIFER BLAIR, VICTORIA OMLOR, JASMINE WRIGHT, ANICIA VINTIMILLA, MARSHA ELLINGTON, SELENA DENISE PELAEZ, NICOLE GARCIA, REAH NAVARRO, and TAMI SANCHEZ, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., THE OXNARD HOSPITALITY SERVICES, LP, CITY OF INDUSTRY HOSPITALITY VENTURE, INC., DOWNTOWN LA CLUB VENTURE, INC., FARMDALE HOSPITALITY SERVICES, INC., HIGH EXPECTATIONS HOSPITALITY, LLC, INLAND RESTAURANT VENTURE I, INC., K-KEL, INC., KENTUCKY HOSPITALITY VENTURE, LLC, LCM, LLC, MIDNIGHT SUN ENTERPRISES, INC., OLYMPIC AVENUE VENTURE, INC., SANTA BARBARA HOSPITALITY SERVICES, INC., SANTA MARIA RESTAURANT ENTERPRISES, INC., WPB HOSPITALITY, LLC, RIALTO POCKETS, INC., and ROUGE GENTLEMEN'S CLUB, INC.<br><br>　　　　　　　Defendants. | Case No. EDCV09-1316 VAP (DTBx)<br><br>[**Assigned for All Purposes to The Honorable Virginia A. Phillips**]<br><br>**ORDER REGARDING STIPULATION TO EXCEED PAGE LIMIT FOR MOTION FOR APPROVAL OF THIRD AMENDMENT TO SETTLEMENT AGREEMENT; APPROVAL OF SUPPLEMENTAL NOTICE AND APPROVAL OF PROPOSED CLASS ACTION SCHEDULING ORDER**<br><br>Date:　　　　March 5, 2012<br>Time:　　　　2:00 p.m.<br>Courtroom:　　2<br><br><br>Date Action Filed:　July 13, 2009<br>Trial Date:　　　　TBD |

[PROPOSED] ORDER REGARDING STIPULATION TO EXCEED PAGE LIMIT FOR MOTION FOR APPROVAL OF THIRD AMENDMENT TO SETTLEMENT AGREEMENT; APPROVAL OF SUPPLEMENTAL NOTICE; AND APPROVAL OF PROPOSED CLASS ACTION SCHEDULING ORDER

Pursuant to the stipulation between the parties, and good cause appearing therefore:

**IT IS SO ORDERED:**

The page limit for Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion For Approval Of Third Amendment To Settlement Agreement; Approval Of Supplemental Notice And Approval Of Proposed Class Action Scheduling Order may exceed the page limit currently set forth in the Court's Civil Standing Order but shall not exceed 30 pages.

Dated: January 31___, 2012

_____
Honorable Virginia A. Phillips
United States District Court Judge

[PROPOSED] ORDER REGARDING STIPULATION TO EXCEED PAGE LIMIT FOR MOTION FOR APPROVAL OF THIRD AMENDMENT TO SETTLEMENT AGREEMENT; APPROVAL OF SUPPLEMENTAL NOTICE; AND APPROVAL OF PROPOSED CLASS ACTION SCHEDULING ORDER

2