| | |
|---|---|
| 1 | Kim Zeldin, Esq. (SBN: 135780) |
| | kzeldin@linerlaw.com |
| 2 | LINER GRODE STEIN YANKELEVITZ |
| | SUNSHINE REGENSTREIF & TAYLOR LLP |
| 3 | 1100 Glendon Avenue, 14th Floor |
| | Los Angeles, California 90024-3503 |
| 4 | Telephone:  (310) 500-3500 |
| | Facsimile: (310) 500-3501 |
| 5 | |
| 6 | Peter E. Garrell, Esq. (SBN: 155177) |
| | pgarrell@garrelllaw.com |
| | GARRELL LAW |
| 7 | 1875 Tandem Way |
| | Norco, California 92860 |
| 8 | Telephone:  (714) 451-4148 |
| | Facsimile: (714) 451-4148 |
| 9 | |
| 10 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY DAWN TRAUTH, CHRISTEEN RIVERA, JENNIFER BLAIR, VICTORIA OMLOR, JASMINE WRIGHT, ANICIA VINTIMILLA, MARSHAL ELLINGTON, SELENA DENISE PELAEZ, NICOLE GARCIA, REAH NAVARRO, and TAMI SANCHEZ, individually, and on behalf of a Class of similarly situated individuals, | ) ) ) ) ) ) ) ) ) ) | Case No. EDCV09-1316 VAP (DTBx) **ASSOCIATION OF COUNSEL BY DEFENDANTS** [Hon. Virginia A. Phillips] |
| Plaintiffs, | ) | |
| vs. | ) | |
| SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., THE OXNARD HOSPITALITY SERVICES, LP, CITY OF INDUSTRY HOSPITALITY VENTURE, INC., DOWNTOWN LA CLUB VENTURE, INC., FARMDALE HOSPITALITY SERVICES, INC., HIGH EXPECTATIONS HOSPITALITY, LLC, INLAND RESTAURANT VENTURE I, INC., K-KEL, INC., KENTUCKY HOSPITALITY VENTURE, LLC, LCM, LLC, MIDNIGHT SUN ENTERPRISES, INC., OLYMPIC AVENUE VENTURE, INC., SANTA BARBARA HOSPITALITY SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

Case No.  EDCV09-1316 VAP (DTBx)

ASSOCIATION OF COUNSEL

0038613/028/ 59345v01

| | |
|---|---|
| 1 | SANTA MARIA RESTAURANT ENTERPRISES, INC., WPB HOSPITALITY, LLC, RIALTO POCKETS, INC., and ROUGE GENTLEMEN'S CLUB, INC., |
| 2 | |
| 3 | |
| 4 | Defendants. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants and their attorneys of record LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP, hereby associate Peter E. Garrell of GARRELL LAW, pgarrell@garrelllaw.com, 1875 Tandem Way, Norco, California 92860; telephone (714) 451-4148; facsimile (714) 451-4148 as co-counsel for all Defendants in the above-captioned matter.

Dated: June 1, 2012  LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP

By: /s/ *Kim Zeldin*
Kim Zeldin
Attorneys for Defendants

Dated: June 1, 2012  GARRELL LAW

By: /s/ *Peter E. Garrell*
Peter E. Garrell
Attorneys for Defendants