1  Kim Zeldin, Esq. (SBN: 135780)
      kzeldin@linerlaw.com
2  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
3  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
4  Telephone:  (310) 500-3500
   Facsimile: (310) 500-3501
5
   Peter E. Garrell, Esq. (SBN: 155177)
6     pgarrell@garrelllaw.com
   GARRELL LAW
7  1875 Tandem Way
   Norco, California 92860
8  Telephone:  (714) 451-4148
   Facsimile: (714) 451-4148
9
   Attorneys for Defendants
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  TRACY DAWN TRAUTH, CHRISTEEN ) Case No. EDCV09-1316 VAP (DTBx)
    RIVERA, JENNIFER BLAIR,       )
15  VICTORIA OMLOR, JASMINE       ) **DEFENDANTS' NON-**
    WRIGHT, ANICIA VINTIMILLA,    ) **OPPOSITION TO PLAINTIFFS'**
16  MARSHAL ELLINGTON, SELENA     ) **MOTION FOR FINAL**
    DENISE PELAEZ, NICOLE GARCIA, ) **APPROVAL OF CLASS ACTION**
17  REAH NAVARRO, and TAMI        ) **SETTLEMENT; AND CONSENT**
    SANCHEZ, individually, and on behalf of ) **TO ENTRY OF JUDGMENT**
18  a Class of similarly situated individuals, ) **GRANTING MOTION FOR FINAL**
                                  ) **APPROVAL OF CLASS ACTION**
19              Plaintiffs,       ) **SETTLEMENT**
        vs.                       )
20                                ) [Hon. Virginia A. Phillips]
    SPEARMINT RHINO COMPANIES     )
21  WORLDWIDE, INC., SPEARMINT    ) Date:           June 18, 2012
    RHINO CONSULTING WORLDWIDE,   ) Time:           2:00 p.m.
22  INC., THE OXNARD HOSPITALITY  ) Courtroom:      2
    SERVICES, LP, CITY OF INDUSTRY )
23  HOSPITALITY VENTURE, INC.,    ) Date Action Filed:  July 13, 2009
    DOWNTOWN LA CLUB VENTURE,     )
24  INC., FARMDALE HOSPITALITY    )
    SERVICES, INC., HIGH          )
25  EXPECTATIONS HOSPITALITY, LLC,)
    INLAND RESTAURANT VENTURE I,  )
26  INC., K-KEL, INC., KENTUCKY   )
    HOSPITALITY VENTURE, LLC, LCM,)
27  LLC, MIDNIGHT SUN ENTERPRISES,)
    INC., OLYMPIC AVENUE VENTURE, )
28  INC., SANTA BARBARA           )
    HOSPITALITY SERVICES, INC.,   )

| | |
|---|---|
| 1 | SANTA MARIA RESTAURANT ENTERPRISES, INC., WPB ) |
| 2 | HOSPITALITY, LLC, RIALTO ) |
| | POCKETS, INC., and ROUGE ) |
| 3 | GENTLEMEN'S CLUB, INC., ) |
| | ) |
| 4 | Defendants. ) |
| | ) |

Defendants do not oppose Plaintiffs' "Motion for Final Approval of Class Action Settlement," Document No. 288, filed on May 18, 2012.[1] Defendants have agreed to the Settlement Agreement, along with its amendments (one through three) and consent to the entry of the judgment requested by Plaintiffs in that motion.

Dated: June 1, 2012

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

GARRELL LAW

By: /s/ *Peter E. Garrell*
Peter E. Garrell
Kim Zeldin
Attorneys for Defendants

---

[1] By filing this non-opposition Defendants are not agreeing to the factual statements and arguments made by Plaintiffs in their motion.