Kim Zeldin, Esq. (SBN: 135780)
    kzeldin@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone:  (310) 500-3500
Facsimile: (310) 500-3501

Peter E. Garrell, Esq. (SBN: 155177)
    pgarrell@garrelllaw.com
GARRELL LAW
1875 Tandem Way
Norco, California 92860
Telephone: (714) 451-4148
Facsimile: (714) 451-4148

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAWN TRAUTH, CHRISTEN RIVERA, JENNIFER BLAIR, VICTORIA OMLOR, JASMINE WRIGHT, ANCIA VINTIMILLA, MARSHA ELLINGTON, SELENA DENISE PELAEZ, NICOLE GARCIA, REAH NAVARRO, TAMI SANCHEZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>SPEARMINT RHINO COMPANIES WORLDWIDE, INC.; SPEARMINT RHINO CONSULTING WORLDWIDE, INC.; THE OXNARD HOSPITALITY SERVICES, LP; CITY OF INDUSTRY HOSPITALITY VENTURE, INC.; DOWNTOWN LA CLUB VENTURE, INC.; FARMDALE HOSPITALITY SERVICES, INC.; HIGH EXPECTATIONS HOSPITALITY, LLC; INLAND RESTAURANT VENTURE 1, INC.; K-KEL, INC.; KENTUCKY HOSPITALITY VENTURE, LLC, LCM, LLC; MIDNIGHT SUN ENTERPRISES, INC.; OLYMPIC AVENUE VENTURE, INC.; SANTA BARBARA HOSPITALITY SERVICES, INC.; | Case No. EDVC09-1316 VAP (DTBx)<br><br>**DECLARATION OF KATHY VERCHER IN SUPPORT OF DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND MOTION FOR ENHANCEMENT AWARDS; DEFENDANTS' RESPONSE TO THE DECLARATIONS OF VICTORIA OMLOR FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR ENHANCEMENT AWARDS**<br><br>[Hon. Virginia A. Phillips]<br><br>Date:    June 18, 2012<br>Time:    2:00 p.m.<br>Courtroom:  2<br><br>Date Action Filed: July 13, 2009 |

1  SANTA MARIA RESTAURANT
   ENTERPRISES, INC.; WPB
2  HOSPITALITY LLC; RIALTO
   POCKETS, INC.; and ROUGE
3  GENTLEMEN'S CLUB, INC.,

4                              Defendants.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

0038613/051/ 55967v02

I, Kathy Vercher, declare as follows:

1. I am the President (or if designated as an LLC, a Manager) of each of the Defendants in the above-captioned action, with the exception of K-Kel, Inc.  K-Kel, Inc. is the owner of the Spearmint Rhino club in Las Vegas, Nevada. I am the President of Spearmint Rhino Consulting Worldwide, Inc. which does not provide day to day operational consulting services but does provide accounting, payroll and technology services for K-Kel, Inc.  The facts set forth herein are of my own personal knowledge, except for those matters set forth on information and belief, and as to those matters I am informed and believe them to be true.

2. Ms. Omlor worked regularly at the club located in Van Nuys until October 31, 2008.  After that time Ms. Omlor stopped performing regularly at any nightclub doing business as Spearmint Rhino, Blue Zebra or Rouge.  However, she continued to visit the Rouge club located in Van Nuys where she would chat with the dancers while they were trying to work and unnecessarily distract them from their performances.  Management found her presence to be disruptive to business and asked her to stop this behavior.  After she continued to conduct herself in this manner, management chose to ban her from entering clubs doing business as Spearmint Rhino, Rouge and Blue Zebra in late 2008.

3. Even though Ms. Omlor was banned, she was (through the mistake of a manager) allowed to dance an additional shift in December 2008.

4. Ms. Omlor filed two lawsuits against some of the Defendants in State Court -- one on July 17, 2009 and the other on September 1, 2009 against some of the Defendants alleging she was improperly classified as an independent contractor.

5. Several Plaintiffs, Class Representatives, and Objectors worked at (and some continue to work at) clubs doing business as Spearmint Rhino, Rouge or Blue Zebra after they became parties to the above-captioned action or made objections to the settlement in the above-captioned action.  For example, Stacy Salazar, one of the objectors continued to dance at the nightclub doing business as Spearmint Rhino

1   located in Las Vegas until several months ago despite having filed several lawsuits

2   against many of the defendants and even after she filed objections to the Settlement.

3          6.     During the claims process in this lawsuit, the existing Clubs placed a

4   sign up in the clubs that stated that entertainers should "feel free to complete the

5   legal lawsuit documents…. the club and management will not retaliate against you in

6   any manner."

7          I declare under penalty of perjury that the foregoing is true and correct.

8   Executed on this 1st day of June, 2012 at Norco, California.

9

10

11                                              Kathy Vercher

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28