JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY DAWN TRAUTH, et al., | Case No. EDCV 09-01316-VAP (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SPEARMINT RHINO COMPANIES WORLDWIDE, INC., SPEARMINT RHINO CONSULTING WORLDWIDE, INC., K-KEL, INC., AND OXNARD HOSPITALITY SERVICES, LP., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on November 7, 2012, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE, pursuant to the Court's order approving the class action settlement. The Court orders that such judgment be entered.

Dated: November 27, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge